

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODY K. BUTTS, individually and<br>as parent and natural guardian for<br>RASHUN SUNCAR and LEQUIN BUTTS,<br>minors, and MARK A. MARTIN, JR.,<br>individually, | :<br>:<br>: NO.: 1:00-CV-1893<br>:<br>: |
|      Plaintiffs | :<br>: |
| | : JURY TRIAL DEMANDED |
|     v. | : |
| CITY OF YORK, OFFICER CURTIS D.<br>BEHM, OFFICER NICHOLAS W. FIGGE,<br>and POLICE COMMISSIONER HERBERT<br>GROCIK, | :<br>:<br>:<br>: |
|      Defendants | : |

## JOINT STATUS REPORT OF THE PARTIES

1. In light of a December 28, 2001 Pennsylvania Commonwealth Court Order extending the prior stay of proceedings in all matters involving Reliance Insurance Company, this Court entered an order on January 17, 2002, staying the above-captioned action through February 1, 2002.

2.      The January 17, 2002 Order required the parties to submit, on or before February 5, 2002, a joint report on the status of the Reliance stay.

3.      The above-captioned insurance claim file has been transferred from Reliance Insurance Company to the Pennsylvania Property & Casualty  Insurance Guaranty Association for further defense handling.

4.      Counsel for the plaintiff, Peter B. Foster, Esquire, and counsel for the City of York, Donald B. Hoyt, Esquire, were contacted prior to the preparation of this joint status report.

5.      All counsel of record are unaware of any further extensions of the stay imposed by the Pennsylvania Court, and believe that the stay has finally expired. This information has been further confirmed by the adjuster assigned to handle this claim for the Pennsylvania Property and Casualty Insurance Guarantee Association.

6.      Defendants will be filing a Motion to amend their affirmative defenses to affirmatively plead the applicable provisions of the Pennsylvania Property and Casualty Guarantee Act.

Respectfully submitted,


Peter B. Foster, Esquire
Counsel for Plaintiffs


Frank J. Lavery, Jr., Esquire
Counsel for Defendants Figge and Behm


Donald B. Hoyt, Esquire
Counsel for Defendants Grofcik and City

Respectfully submitted,

_____
Peter B. Foster, Esquire
Counsel for Plaintiffs

_____
Frank J. Lavery, Jr., Esquire
Counsel for Defendants Figge and Behm

_____
Donald B. Hoyt, Esquire
Counsel for Defendants Grofcik and City

## CERTIFICATE OF SERVICE

I, Megan L. Renno, an employee with the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this 5th day of February, 2002, I served a true and correct copy of the foregoing STATUS REPORT OF THE PARTIES via U.S. First Class mail, postage prepaid, addressed as follows:

Peter B. Foster, Esquire
Pinskey and Foster
121 South Street
Harrisburg, PA 17101

Donald B. Hoyt, Esquire
Assistant City Solicitor
**Blakey, Yost, Bupp & Schaumann, LLP**
17 East Market Street
York, PA 17401

Megan L. Renno