UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODY K. BUTTS, individually and as parent and natural guardian for RASHUN SUNCAR and LEQUINN BUTTS, Minors, and MARK A. MARTIN, JR., individually,<br>Plaintiffs<br><br>v.<br><br>CITY OF YORK, OFFICER CURTIS D. BEHM, OFFICER NICHOLAS W. FIGGE, and POLICE COMMISSIONER HERBERT GROCIK,<br>Defendants | NO.: 1:00-CV-1893<br><br>JURY TRIAL DEMANDED |



FILED
APR 2 5 2002
PER_____
HARRISBURG, PA  DEPUTY CLERK

### ORDER

AND NOW, this __25__ day of __April__, 2002, the captioned action is stayed through November 29, 2002. All other deadlines will be the subject of a separate Order.

Sylvia H. Rambo
United States District Judge