

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JODY K. BUTTS, individually and as parent and natural guardian for RASHUN SUNCAR and LEQUINN BUTTS, minors, and MARK A. MARTIN, JR., individually,** | CIVIL NO. 1:CV-00-1893 |
| Plaintiffs | |
| v. |  |
| **CITY OF YORK; OFFICER CURTIS D. BEHM; OFFICER NICHOLAS W. FIGGE; and HERBERT GROCIK, Police Commissioner;** | |
| Defendants | |

### O R D E R

The court has been advised that the City of York has reached an agreement on the handling of its files by Pennsylvania Insurance Guaranty Association and that the stay imposed on the captioned action is no longer necessary. Accordingly, **IT IS HEREBY ORDERED THAT**:

1) The stay is vacated.

2) The deadline for completion of discovery is extended to September 13, 2002.

3) Dispositive motions <u>and</u> supporting briefs shall be filed no later than September 27, 2002.

4) All motions <u>in limine</u>, if any, accompanied by supporting briefs, shall be filed no later than December 2, 2002.

5) Pretrial memoranda shall be filed on or before **noon on December 27, 2002**, in conformity with the local rules.

6) The pretrial conference will take place at 10:00 a.m. on Friday, January 3, 2003, in the chambers of Courtroom No. 3.

7) This case is placed on the January 2003 trial list. Jury selection for cases on the January list will begin at 9:30 a.m. on Monday, January 6, 2003 in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trials will commence following the completion of jury selections. A date certain for trial may be discussed at the pretrial conference; however, counsel are expected to be prepared to go forward with trial at anytime during the trial term.

SYLVIA H. RAMBO
United States District Judge

Dated: August 2, 2002.