ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JODY K. BUTTS, individually and :
as parent and natural guardian for :
RASHUN SUNCAR and LEQUINN BUTTS, : NO.: 1:00-CV-1893
Minors, and MARK A. MARTIN, JR., :
individually, :
            **Plaintiffs** :
  :
  : **JURY TRIAL DEMANDED**
      v. :
  :
CITY OF YORK, OFFICER CURTIS D. :
BEHM, OFFICER NICHOLAS W. FIGGE, :
and POLICE COMMISSIONER HERBERT :
GROCIK, :
            **Defendants** :

FILED
HARRISBURG, PA

SEP 1 0 2002

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## UNSWORN DECLARATION OF KEITH RESSLER

      I, Keith Ressler, do hereby state under penalty of perjury pursuant to 28 U.S.C.

§1746 that the following is true and correct based upon my personal knowledge:

      1.     I am currently Captain of the York City Police Department for the City of

York, a position I have held since June 20, 1997.

      2.     The York City Police Department adopted a policy with respect to

investigation of citizen complaints, General Order #89-001-03, "Investigation of

Complaints," effective May 31, 1989. Pursuant to that policy, every Complaint or

allegation of misconduct against a member of the Police Department will be thoroughly

investigated and the results of the investigation reduced to a written report. Basically, all

complaints are taken by the Department, a complaint form is given to the complainant for

filling out, an interview by the Internal Affairs Inspector is arranged, and full

investigation of the entire matter is undertaken, including interviews with involved officers and witnesses. A true and correct copy of General Order 89-001-03 is attached hereto and marked as Exhibit "1".

3.     In Pennsylvania, municipal police officer training is governed by state law. The legislature has enacted the Municipal Training and Education Law (Act 120 of 1974), which establishes the training requirements of all police officers employed by cities, towns, townships or counties throughout the Commonwealth.

4.     The York City Police Department has established guidelines for the professional training of all police officers, General Order #99-010-13, "Police Training" effective April 12, 1999. A true and correct copy of General Order #99-010-13 is attached hereto and marked as Exhibit "2".

5.     Upon employment as a police officer in the City of York, a new police officer undergoes a session of orientation training concerning the rules and regulations of the Department, their standard operating procedures, including detailed instructions in the rules of conduct and other applicable rules and procedures are reviewed with the new police officer.

6.     In addition to the initial orientation, each new police officer must complete a minimum of 520 hours of basic training at a certified police academy, participate in an 18 week field training program under the tutelage of a seasoned officer; and attend mandatory, annual in-service updates and other training dealing with various other aspects of police work. True and correct copies of the training records of the involved officers are attached and marked as Exhibit #3.

7.    The York City Police Department has established policies and procedures for the administration of discipline within the Department as set forth in General Order #88-001-03, "Administration of Discipline," effective May 1, 1988.  General Order #88-001-03 sets forth how and under what circumstances discipline is opposed upon police officers.  A true and correct copy of General Order #88-001-03 is attached hereto and marked as Exhibit #4.

8.    The York City Police Department has adopted a policy for the use of force, General Order #99-001-002, a true and correct copy of which is attached hereto and marked as Exhibit 5.

9.    There is no official or unofficial custom or policy of the City of York Police Department to deprive anyone of their constitutional rights.  Nor does the City of York Police Department condone any violation of anyone's constitutional rights.  We respect the rights of all citizens and vigorously investigate and root out any such violation when found.

Date: _06 Sep 2002_

Captain Keith Ressler
York City Police Department
City of York

## CERTIFICATE OF SERVICE

I, Donald B. Hoyt, Esquire, Assistant Solicitor for the City of York, do hereby certify that on this the _____9ᵗʰ_____ day of September, 2002, I am serving a true and correct copy of the attached **Unsworn Declaration of Keith Ressler** upon the person(s) indicated below, service by First-Class Mail, Postage Prepaid and Addressed as follows:

Peter B. Foster, Esquire
Pinskey and Foster
121 South Street
Harrisburg, PA  17101

Frank J. Lavery, Jr., Esquire
Lavery, Faherty, Young & Patterson
The Kunkel Building
301 Market Street, Suite 800
P.O. Box 1245
Harrisburg, PA  17108-1245

Donald B. Hoyt, Esquire
Assistant City Solicitor
Attorney I.D. #18061
One Marketway West; 3ʳᵈ Floor
York, PA  17401-1231
(717) 849-2250



| | | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|---|
| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | | GENERAL | 5/31/89 | 89-001-03 |

| SUBJECT | DISTRIBUTION |
|---|---|
| Investigation of Complaints | All Police Personnel |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|
| (a)  IACP managing for Effective Police Discipline, pp. 156-171; (b)  GenO 81-003-02 "Rules of Conduct" (c)  GenO 88-001-03, "Administration of Discipline" | Cancel GenO 79-004-03 |

| | RE-EVALUATION DATE | NO. PAGE |
|---|---|---|
| Enclosure     Citizen Complaint Report | Self-canceling | 1 |

## I. PURPOSE

The accurate and unbiased investigation of complaints or allegations against members of a police department is one of the basic requirements of good law enforcement and effective public relations.  Because the majority of our duties involve the regulation and control of human conduct, it must be expected that complaints will regularly be received from persons who feel that they have been subjected to unfair, unwarranted and occasionally criminal police actions. Regardless of its source, nature and apparent validity, each complaint must be thoroughly investigated and the complainant made aware of both the investigative process and the action taken, if any.

## II. POLICY

Every complaint or allegation of misconduct against a member of this department will be thoroughly investigated and the results of the investigation reduced to a written report.

## III. PROCEDURES

A.  Receipt of Complaint or Allegation

1.  Oral

Any member receiving an oral complaint or allegation against a member in person or by telephone will immediately refer the complainant to his or her superior officer.

a.  Immediately upon receiving a complaint from a citizen, a superior officer will complete a Citizen Complaint Report (enclosure (1)) and obtain the complainant's signature thereon.  The officer will then attempt to resolve the complaint by calling the member(s) involved to the station to discuss the matter with the complainant.  In most cases, such a discussion will be the only action required to satisfy a complainant and resolve the matter without further investigation.

EXHIBIT

1

STATE LEGAL®

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE General | EFFECTIVE DATE 4/12/99 | NUMBER 99-010-13 |
|---|---|---|---|

| SUBJECT  Police Training | DISTRIBUTION All Police Officers, Mayor, Solicitors |
|---|---|

| REFERENCE | | SPECIAL INSTRUCTIONS Replaces GenO 95-002-13 dtd 11/1/95 |
|---|---|---|
| | (a) Standard 7.4 "Training" Standards Relating to the Urban Police Function, American Bar Association; | |
| | (b) Sec. 16 "Training," Report On Police Natl. Advisory Comm. On Criminal Justice Standards and Goals; | |
| | (c) Chapter 3, "Police Training"; PA Standards for the Criminal Justice System; | |
| | (d) Act No. 120 "Municipal Police Education and Training Program," Commonwealth of PA; | |
| | (e) Unit 7C, "Field Training Procedures," IACP Police Reference Notebook, 2nd ed. | |

| ENCLOSURE None | RE-EVALUATION DATE 4/12/00 | NO. PAGES 3 |
|---|---|---|

I.    PURPOSE

To establish guidelines for the professional training of all police officers.

II.    POLICY

This department has a legal and moral obligation to provide the highest standard of professional police service to City of York. In order to fulfill this responsibility, it is essential that all police officers be professionally trained to perform their duties. National standards for police training have been established by references (a) and (b), and standards for police training in the Commonwealth by reference (c). This department will develop and implement professional training programs meeting or exceeding these standards for all levels of personnel.

III.    PROCEDURES

A.    Preparatory Training

The probationary year of employment will include a lengthy training period consisting of the following phases:

1.    Initial Orientation

This phase will commence immediately upon employment and continue until new officers are assigned to a police academy for basic training. The purpose of this phase is to provide officers with a comprehensive introduction to the City and departmental organization, rules and procedure New officers will be briefed by the Mayor, all department heads and police division commanders attend a City Council meeting, visit County Control, and receive detailed instructions in the Rule Conduct and other applicable rules and procedures. Some orientation training may continue immediately after graduation from ACT 120 program.

2.    Basic Training

This phase will commence upon completion of initial orientation and continue for a period of

EXHIBIT
2

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 3/7/01 | 01-056.20 |
|---|---|---|---|

| SUBJECT | DISTRIBUTION | Capts. Ressler, Swartz, Lts. McClain, Vangreen, Sullivan, Arnold, Veseth, Barbara Buchanan, Insp. Thompson,Traffic Safety. CPO, Training, Records. Personnel, Concerned Persons |
|---|---|---|

## TRAINING ASSIGNMENT

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO PAGES |
|---|---|---|
| | | **1** |

The following personnel will attend training entitled

Spring Firearms Qualifications

Location :     County FOP Range

Date :          Friday June 8, 2001

Time :          8:00 AM to 4:00 PM

  Sgt. Roy Kohler
  Sgt. Daniel Aikey
  PO Alan Good
  PO Nicholas Figge
  PO Jennifer Harrison
  PO Larry Lawrence
  PO Derek Hartman

_____
Herbert F. Grofcsik
Police Commissioner

EXHIBIT

3



| | | TYPE | EFFECTIVE | NUMBER |
|---|---|---|---|---|
| **CITY OF YORK, PENNSYLVANIA** **POLICE DEPARTMENT** | | **SPECIAL** | **01/24/01** | **01-019.20** |

| SUBJECT | DISTRIBUTION |
|---|---|
| **TRAINING ASSIGNMENT** | Capts. Ressler, Swartz, Lts. McClain, Vangreen, Sullivan, Arnold, Acting Lt. Veseth, Insp. Thompson, Traffic Safety. CPO, Training, Records, Personnel, Concerned Persons |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|
| | |

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|
| | | **1** |

The following personnel will attend training entitled

AED Training
   Sponsored by the American Heart Association

Location :   Country Club of York
             1400 Country Club Road
             York, PA

Date :       February 2, 2001

Time :       8:00AM to 10:00AM

Lt. Ronald McClain
Det. William Follmer
Cpl. Kevin Wharton
PO William Wentz
PO Hugh Poole
PO Steven Nicholas
PO Nicholas Figge
PO Scott Nadzom
Crime Prevention Officer Kate Seitz Bortner

RECEIVED
JAN 2 6 2001
Y.C.P.D.
RECORDS

Herbert F. Grofcsik
Police Commissioner



| | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | **SPECIAL** | 08/07/00 | 00-083.20 |

| SUBJECT | DISTRIBUTION  Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons |
|---|---|
| **TRAINING ASSIGNMENT** | |
| REFERENCE | SPECIAL INSTRUCTIONS : |
| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES  1 |

The following personnel will attend training entitled:

Mandatory In Service Training 2000

    Legal Updates
    Survival Tactics for Injured Officers
    Case Preparation for Summary Trials and Preliminary Hearings

Location :    Lincoln Way Fire Company
        300 East Berlin Road

Dates and Hours :  September 18th    0800 hrs.  -  1630 hrs.
                September 19th    0830 hrs.  -  1600 hrs.

Lt. Vangreen  (OIC)        Det. Spence
Sgt. Blemler                 PO Figge
Cpl. Concepcion          PO Kelly
Cpl. Lowe                    PO Tison
Det. Camacho            PO Wesnak

Herbert F. Grofcsik,
Police Commissioner



| | | |
|---|---|---|
| **CITY OF YORK, PENNSYLVANIA**<br>**POLICE DEPARTMENT** | **SPECIAL** | 08/26/99 | 99-106.20 |

| | |
|---|---|
| SUBJECT<br><br>**TRAINING ASSIGNMENT** | DISTRIBUTION    Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons |
| REFERENCE | SPECIAL INSTRUCTIONS<br>: |
| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES<br><br>**1** |

Revision 09/16/99

The following personnel will attend training entitled:

Spillman Technologies Hub Training
    Inquiry and Reports

Location :   City of York
              Economic Development Conference Room
              14 W. Market St.

Dates :     September 22nd - 23rd , 1999

Hours :     0800 hrs. - 1700 hrs.

Capt. Ressler (OIC)              Det. Camacho
Capt. Swartz                      PO Bloss
Lt. Sullivan                        PO Figge
Sgt. Butler                        PO Goshen
Cpl. Fuentes                    Patricia Miller
Cpl. Knauer                   Sharon Thurston
Cpl. Lowe                     Tammy Souders
Cpl. Wharton

Herbert F. Grofcsik,
Police Commissioner



| | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | **SPECIAL** | 08/26/99 | 99-106.20 |

**SUBJECT**

## TRAINING ASSIGNMENT

**DISTRIBUTION**    Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons

**REFERENCE**

**SPECIAL INSTRUCTIONS**

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

1

---

The following personnel will attend training entitled:

Spillman Technologies Hub Training
      Inquiry and Reports

Location :    City of York
              Economic Development Conference Room
              14 W. Market St.

Dates :    September 15th - 16th , 1999

Hours :    0800 hrs. - 1700 hrs.


Capt.  Ressler (OIC)          PO  Goshen
Capt.  Swartz                 PO  Hansen
Lt.  Sullivan                 PO  Markley
Sgt.  Butler                  PO  Poole
Cpl.  Knauer                  Patricia Miller
Cpl.  Lowe                    Sharon Thurston
Cpl.  Wharton                 Tammy  Souders
PO  Figge


Herbert F. Grofcsik,
Police Commissioner

Case 1:00-cv-01693-CCC    Document 30    Filed 09/16/2002    Page 12 of 75



| CITY OF YORK, PENNSYLVANIA<br>POLICE DEPARTMENT | SPECIAL | 08/26/99 | 99-106.20 |
|---|---|---|---|

| SUBJECT<br><br>**TRAINING ASSIGNMENT** | DISTRIBUTION    Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons |
|---|---|
| REFERENCE | SPECIAL INSTRUCTIONS |

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES<br><br>1 |
|---|---|---|

**Revision 09/16/99**

The following personnel will attend training entitled:

Spillman Technologies Hub Training
     Inquiry and Reports

Location :   City of York
           Economic Development Conference Room
           14 W. Market St.

Dates :    September 22nd - 23rd , 1999

Hours :    0800 hrs. - 1700 hrs.

| | |
|---|---|
| Capt.  Ressler (OIC) | Det.  Camacho |
| Capt.  Swartz | PO  Bloss |
| Lt.  Sullivan | PO  Figge |
| Sgt.  Butler | PO  Goshen |
| Cpl.  Fuentes | Patricia Miller |
| Cpl.  Knauer | Sharon Thurston |
| Cpl.  Lowe | Tammy  Souders |
| Cpl.  Wharton | |

*Herbert F. Grofcsik*
Herbert F. Grofcsik,
Police Commissioner



| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE **SPECIAL** | EFFECTIVE DATE 05/10/99 | NUMBER 99-073.20 |
|---|---|---|---|

**SUBJECT**

**TRAINING ASSIGNMENT**

**DISTRIBUTION** Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons

**REFERENCE**

**SPECIAL INSTRUCTIONS** :

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES** 1

The following personnel will attend training entitled:

Spring Firearms Qualifications
York County F.O.P. # 73 Firearms Range

Friday, June 18, 1999                    0800 hrs. - 1600 hrs.

Sgt. Beveridge            Cpl. Lowe
Sgt. Butler               Cpl. Luchko
Sgt. Conklin              Cpl.. Wharton
Sgt. Kahley               PO Figge
Cpl.. Concepcion          PO Miller
Cpl. Hernandez            PO Rosario

Equipment Needed :    **Duty weapon and all issued magazines**
Pants which will accomodate duty belt
Gun cleaning equipment

Duty gunbelt with inner belt

Herbert F. Grofcsik,
Police Commissioner



| | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| **CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT** | **SPECIAL** | 03/31/99 | 99-044.20 |

**SUBJECT**

**TRAINING ASSIGNMENT**

**DISTRIBUTION**  Capts. Ressler, Swartz, Lts. McClain, Downing, Vangre Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons

**REFERENCE**

**SPECIAL INSTRUCTIONS**
:

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

1

The following personnel will attend training entitled:

Spring Firearms Qualifications
York County F.O.P. # 73 Firearms Range

Friday , April 9, 1999                    0800 hrs.  - 1600hrs.

Lt.  Arnold                               PO Blymier
Sgt.  Stine                               PO Clarkson
DIC Roberts                               PO Goshen
Cpl.  Aikey                               PO Levinsky
Cpl.  Brewster                            PO Nadzom
Det.  Ward                                PO Shaffer
PO Behm                                   PO Wentz
PO Bloss

Equipment needed : Duty weapon and all issued magazines
                   Duty gunbelt with inner belt
                   Pants which will accomodate duty belt
                   Gun cleaning equipment

Herbert F. Grofcsik,
Police Commissioner



| | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| **CITY OF YORK, PENNSYLVANIA**<br>**POLICE DEPARTMENT** | **SPECIAL** | 02/23/99 | 99-022.20 |

| SUBJECT | DISTRIBUTION  Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, |
|---|---|
| **TRAINING ASSIGNMENT** | Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons |

| REFERENCE | SPECIAL INSTRUCTIONS : |
|---|---|
| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES  **1** |

The following personnel will attend training entitled:

Mandatory In Service Training 1999

    Legal Updates
    Career and Personal Survival
    Conflict Resolution for Police

Location :   Lincolnway Fire Company
             300 East Berlin Rd.

Dates and Hours :  March 18th      0800 hrs. - 1630 hrs.
                   March 19th      0830 hrs. - 1600 hrs.

    Lt.  McClain (OIC)            Det.  Hose
    Sgt.  Barth                   Det.  Spence
    Sgt.  Fells                   Det.  Walker
    DIC Williams                  Det.  Ward
    Cpl.  Brewster                PO Behm
    Cpl.  Wm. Brown               PO Levinsky
    Cpl.  Concepcion              PO Miller
    Cpl.  O'Neil                  PO Muldrow
    Cpl.  Utley                   PO Nestor
    Cpl.  Wharton                 PO Poole
    Det.  Camacho                 PO Tschopp
    Det.  Follmer                 PO Wentz

                              Herbert F. Grofcsik
                              Police Commissioner



| | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| **CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT** | **SPECIAL** | 02/23/99 | 99-023.20 |

| SUBJECT | DISTRIBUTION  Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons |
|---|---|
| **TRAINING ASSIGNMENT** | |

| REFERENCE | SPECIAL INSTRUCTIONS : |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|
| | | 1 |

The following personnel will attend training entitled:

Mandatory In Service Training 1999
       Legal Updates
       Officer Safety IX
       Conflict Resolution for Police
Location :   Spring Garden Twp.  Police Dept.
           340 Tri Hill Rd.

Dates and Hours :  April 22nd      0800 hrs. - 1630 hrs.
               April 23rd      0830 hrs. - 1600 hrs.

| | |
|---|---|
| Lt.  Vangreen (OIC) | PO Daniels |
| Sgt.  Beveridge | PO DeHart |
| Sgt.  Butler | PO Figge |
| Sgt.  Kohler | PO Good |
| Sgt.  Mehring | PO Goodwin |
| Sgt.  Veseth | PO Hibner |
| DIC Daryman | PO Johnson |
| DIC Roberts | PO Kling |
| DIC Rohrbaugh | PO Koltunovich |
| Cpl.  Fuentes | PO Lawson |
| Cpl.  Losty | PO Markley |
| Cpl.  Luchko | PO Pace |
| Cpl.  Hernandez | PO Rosier |
| Cpl.  T. Ross | PO S. Ross |
| PO Blymier | PO Seelig |
| PO Buchkoski | PO Stevens |

Herbert F. Grofcsik
Police Commissioner



| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE **SPECIAL** | EFFECTIVE DATE 02/03/99 | NUMBER 99-010.20 |
|---|---|---|---|

| SUBJECT **TRAINING ASSIGNMENT** | DISTRIBUTION  Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES 1 |
|---|---|---|

The following personnel will attend training entitled:


Verbal Judo

Location :    Horticultural Hall
             York Fairgrounds
Dates :      February 16 - February 17, 1999
Hours :      0800 hrs. - 1600 hrs.

Lt. Vangreen (OIC)
Insp.  Thompson
Sgt.  Barth
Sgt.  Blemler
Sgt.  Girling
DIC Williams
Cpl.  Wm. Brown
Cpl.  O'Neil
Cpl.  Utley
Det.  Camacho
Det.  Hose
Det.  Follmer
PO Behm
PO Blymier

PO Buchkoski
PO Figge
PO Goshen
PO Hibner
PO Johnson
PO Kelly
PO Peddicord
PO Rosier
PO Shaffer
PPO Devereaux
PPO Cromer
PPO Hooper
PPO Rosario
PPO Shermeyer


Herbert F. Grofcsik,
Police Commissioner

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 02/03/99 | 99-010.20 |
|---|---|---|---|

**SUBJECT**

**TRAINING ASSIGNMENT**

**DISTRIBUTION**   Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons

**REFERENCE**

**SPECIAL INSTRUCTIONS**
:

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

1

The following personnel will attend training entitled:

        **REVISION ( 02/12/99)**

Verbal Judo

Location :    Horticultural Hall
             York Fairgrounds

Dates :     February 16 - 17 , 1999

Hours :     0800 hrs. - 1600 hrs.

| | |
|---|---|
| Lt.  Vangreen (OIC) | PO Figge |
| Insp.  Thompson | PO Good |
| Sgt.  Barth | PO Goshen |
| Sgt.  Blemler | PO Hansen |
| Sgt.  Girling | PO Kelly |
| Sgt.  Stine | PO Lawson |
| DIC   Williams | PO Nicholas |
| Cpl.  Wm. Brown | PO Peddicord |
| Cpl.  O'Neil | PO Rosier |
| Cpl.  Losty | PO Seelig |
| Cpl.. Utley | PO Shaffer |
| Det.  Hose | PPO Devereaux |
| Det.  Follmer | PPO Hooper |
| PO Behm | PPO Rosario |
| PO Blymier | PPO Shermeyer |
| PO Buchkoski | |

RECEIVED

FEB 1 2 1999

Y.C.P.D.
RECORDS



| | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | **SPECIAL** | 01/07/99 | 99 - 001.20 |

**SUBJECT**

**TRAINING ASSIGNMENT**

DISTRIBUTION  Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons

**REFERENCE**

SPECIAL INSTRUCTIONS

**ENCLOSURE**

RE-EVALUATION DATE

NO. PAGES

**1**

---

The following personnel will attend training entitled:

ASP Training and Certification

Location : Lincoln Fire Company
Roosevelt Ave.  at Maryland Ave.

Date :      January 15, 1999

Hours :     0800 hrs. - 1600 hrs.

Instructors :  Sgt. Kohler , Cpl. McBride

Sgt.  Fells            PO Muldrow
Cpl.  Brewster         PO Pace
Cpl.  Kleynen          PO Poole
Cpl.  Losty            PO Riccobono
PO    Figge            PO Seelig
PO    Goodwin          PO Veater
PO    Hibner           PO Wentz

Herbert F. Grefcsik,
Police Commissioner



| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE **SPECIAL** | EFFECTIVE DATE 06/10/98 | NUMBER 98:063.20 |
|---|---|---|---|

**SUBJECT**

# TRAINING ASSIGNMENT

**DISTRIBUTION** Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons

**REFERENCE**

**SPECIAL INSTRUCTIONS**

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

**1**

The following personnel will attend training entitled:

Mandatory In Service Training 1998

Updates
Officer Safety Awareness VIII
Ethics

Location :   Northern York County Regional Police Dept.

Dates and Hours :  September 2nd       0800 hrs. - 1630 hrs.
                   September 3rd       0830 hrs. - 1600 hrs.

Sgt. Barth
Sgt. Stine
Cpl. Brewster
Cpl. Concepcion
PO   Behm

PO Camacho (9/3 only)
PO Figge      (9/2 only)
PO Hibner
PO Levinsky
PO Tison

Herbert F. Grofcsik,
Police Commissioner

| | CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 03/30/98 | NUMBER 98-048.20 |
|---|---|---|---|---|

| SUBJECT TRAINING ASSIGNMENT | DISTRIBUTION   Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES 1 |
|---|---|---|

The following personnel will attend training entitled:

Spring Firearms Qualifications
York County F.O.P. # 73 Firearms Range

Friday , April 24 , 1998          0800hrs.  1600 hrs.

Capt. Swartz                 PO Behm
Lt. Vangreen                 PO Bloss
D1C Daryman                  PO Camacho
D1C Williams                 PO Daniels
Cpl. Aikey                   PO Santiago
Cpl. Brewster                PO Spence
Cpl. Fuentes
Cpl. Losty

   Equipment Needed : Duty weapon and all issued magazines
                      Duty gunbelt with inner belt
                      Pants which will accomodate the duty belt
                      Gun cleaning equipment

   Detectives and Officers permanently assigned to plain clothes duty
Shall use the holster they wear on duty.

Herbert F. Grofcsik,
Police Commissioner

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 03/30/98 | 98-052.20 |
|---|---|---|---|

**SUBJECT:**

# TRAINING ASSIGNMENT

**DISTRIBUTION**   Capts. Ressler, Swartz, Lts. McClain, Downing, Vangree
Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO,
Training, Records, Personnel, Concerned Persons

**REFERENCE**

**SPECIAL INSTRUCTIONS**

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

**1**

The following personnel will attend training entitled:

Spring Firearms Qualifications
York County F.O.P. # 73 Firearms Range

Friday, May 29, 1998                    0800 hrs. - 1600 hrs.

Lt. Downing                    Det. Roberts
Lt. Stabley                    PO Figge
Sgt. Barth                     PO Goodwin
Sgt. Kohler                    PO Nicholas
Cpl. Kleynen                   PO Pace
Cpl. Luchko                    PO Searfoss
Det. J. McBride                PO Wharton

**Equipment Nedded :**   Duty weapon and all issued magazines
Duty gunbelt with inner belt
Pants which will accomodate the duty belt
Gun cleaning equipment

Herbert E. Grofcsik,
Police Commissioner

| ![badge] **CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT** | **SPECIAL** | 09/12/97 | 97-0 65.20 |
|---|---|---|---|

| SUBJECT | DISTRIBUTION |
|---|---|
| | Capt. Ressler, Lts. McClain, Downing, Vangreen, Stabley, Swartz, Arnold, Insp. Thompson, Traffic Safety, CPO, DV, Training, Records, Personnel, Concerned Persons |
| **TRAINING ASSIGNMENT** | |
| REFERENCE | SPECIAL INSTRUCTIONS |
| | : |

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|
| | | 1 |

The following personnel will attend training entitled:

Fall Firearms Qualifications/CPR Certification
York County F.O.P. #73 Firearms Range/Lincoln Fire Co.
Friday, September 12th, 1997
0800-1800hrs.  Note: Training begins promptly at 0800hrs

The following personnel will report to the firearms range at 0800hrs and Lincoln Fire Co, at 1300 hrs:

Sgt Brunner
Sgt Mehring(CPR only)
Sgt Conklin
Cpl Brown
PO Fetrow

PO Lowe
PO T Ross
PO Figge
CO Groff(CPR only)

The Following personnel will report to CPR training at the Lincoln Fire Co. at 0800hrs and the firearms range at 1300hrs:

Com Grofcsik(CPR only)
Lt    Arnold
Sgt  Blemler
Det  Follmer
Cpl   Brewster

PO Behm
PO Camacho
PO Hibner
PO Goshen

Range Instructors: Cpl Utley & PO Buchkoski
CPR Instructors:  PO Daniels & Knauer

Equipment Needed: Duty weapon and all issued magazines
                 Duty gun belt with inner belt
                 Pants- MUST accommodate the inner belt and it must be worn.
                 Body Armor, Gun cleaning equipment

Herbert F. Grofcsik,
Police Commissioner



| TYPE | EFFECTIVE DATE | NUMBER |
|------|----------------|--------|
| **SPECIAL** | 03/17/97 | 97-036-20 |

**CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT**

| SUBJECT | DISTRIBUTION |
|---------|-------------|
| **TRAINING ASSIGNMENT** | Lts. McClain, Downing, Stabley, Vangreen, Swartz, Ressler, Insp. Thompson, Sgt. Brunner, CPO, DV, Traffic Safety, Training, Records, Personnel |

| REFERENCE | SPECIAL INSTRUCTIONS |
|-----------|---------------------|
| | |

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|-----------|-------------------|-----------|
| | | 1 |

The following personnel will attend training entitled:

Spring Firearms Qualifications
York County F.O.P #73 Firearms Range
Friday        April 11, 1997
08:00 - 16:00      Training begins promptly at 08:00

D1C Williams            PO Poole
Cpl. Fuentes            PO Wharton
Cpl. B. McBride         PO Figge
PO Levinsky             PO Lowe
PO Muldrow              PO Pace
PO Lawson               PO Stevens
PO Knauer               PO Goodwin
PO Searfoss             PO Corley
PO Kleynen              PO Johnson


**EQUIPMENT NEEDED:**      Duty weapon and all issued magazines
Duty gunbelt with inner belt
Pants which will accommodate the inner belt, (uniform pants, BDU's, jeans). Pants <u>must</u> accommodate the inner belt, and it must be worn while qualifying.
Body Armor
Gun cleaning equipment
Detectives and Officers permanently assigned to plain clothes duty shall use the holster they wear on duty..


Herbert F. Grofcsik,
Police Commissioner



| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 01/28/97 | 97-022-20 |
|---|---|---|---|

**JECT**

## TRAINING ASSIGNMENT

**DISTRIBUTION** Lts. McClain, Downing, Stabley, Vangreen, Ressler, Swartz, Insp. Thompson, 7P-3A Shift, CPO, DV, Traffic Safety, Training, Records, Personnel

**ERENCE**

**SPECIAL INSTRUCTIONS**

**LOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

1

The following personnel will attend training entitled Standardized Field Sobriety Test Practioner, to be held at the Lincolnway Fire Company, West Manchester Township. Training dates shall be February 10 - 13, 1997. Course hours are 08:00 - 16:30.

Cpl. Steven Butler
PO Nicholas Figge

Herbert F. Grofesik
Police Commissioner

| ![emblem] CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE 01/17/97 | NUMBER 97-001-20 |
|---|---|---|---|

| SUBJECT TRAINING ASSIGNMENT | DISTRIBUTION    Lts. McClain, Downing, Stabley, Vangreen, Ressler, Swartz, Insp. Thompson, 7P-3A Shift, CPO, DV, Traffic Safety, Training, Records, Personnel |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES 1 |
|---|---|---|

# REVISION

The following personnel will attend 1997 Mandatory In Service Training. to be held February 3 - 4, 1997 at the Spring Garden Township Police Department.  The course and hours are as follows:

| 2/3/97 | Section 34861 | Interview and Interrogation |
| 2/4/97 | Section 34862 | Updates |
| 2/4/97 | Section 34863 | Officer Safety Awareness VII |

Comm. Grofcsik
Lt. Swartz
Insp. Thompson
Sgt. Stine
Sgt. Veseth
Sgt. Fells
D1C Williams
Cpl. Fuentes
Cpl. Brewster
Cpl. Losty
Cpl. Utley
Det. Ward
Det. George

PO J. Brown
PO Good
PO Kling
PO Hernandez
PO Behm
PO Markley
PO S. Ross
PO Poole
PO Figge
PO Johnson
PO Seelig

*Herbert F. Grofcsik*
Herbert F. Grofcsik
Police Commissioner

| | CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 1/8/97 | NUMBER 97-014-20 |
|---|---|---|---|---|

| SUBJECT | Distribution: |
|---|---|
| TRAINING ASSIGNMENT | Lt. McClain, Ressler, Swartz, Vangreen, Stabley, Downing, Insp. Thompson, 7PM-3AM Shift, CPO Div, DV Div, Traff Saf., Training File, Records, Personnel |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|

The following personnel will attend training entitled Advanced Interview and Interrogation,, to be held Fe 25-26, 1997 in Room N-211 at HACC. The hours are 0800-1600.

    Cpl  Concepcion
    PO   Beveridge
    PO   Behm
    PO   Harrison
    PO   Nadzom

Herbert F. Grofcsik
Police Commissioner

HFG/MRD

| CITY OF YORK POLICE DEPARTMENT | SPECIAL | 1/1/97 | 97-001-20 |
|---|---|---|---|

**SUBJECT**

# TRAINING ASSIGNMENT

**Distribution:**
Lt. McClain, Ressler, Swartz, Vangreen, Stabley, Downing, Insp. Thompson, 7PM-3AM Shift, CPO Div, DV Div, Traff Saf., Training File, Records, Personnel

**REFERENCE**

**SPECIAL INSTRUCTIONS**

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

---

The following personnel will attend 1997 mandatory In Service Training, to be held February 3-4, 1997 at the Spring Garden Twp Police Department. The courses and hours are as follows:

| 2/3/97 | Section 34861 | Interview and Interrogation |
| 2/4/97 | Section 34862 | Updates |
| 2/4/97 | Section 34863 | Officer Safety Awareness VII |

| | | | |
|---|---|---|---|
| Comm. | Grofcsik | PO | J. Brown |
| Lt. | Stabley | PO | Good |
| Lt. | Swartz | PO | Levinsky |
| Insp. | Thompson | PO | Kling |
| Sgt | Stine | PO | Hernandez |
| Sgt. | Veseth | PO | Beveridge |
| Sgt. | Fells | PO | Behm |
| D1C | Williams | PO | Buchkoski |
| Cpl. | Fuentes | PO | Markley |
| Cpl. | Brewster | PO | S. Ross |
| Cpl. | Losty | PO | Poole |
| Cpl. | Utley | PO | Figge |
| Det. | Ward | PO | Johnson |
| Det. | George | PO | Seelig |

Herbert F. Grofcsik
Police Commissioner

HFG/MRD

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 10/25/96 | 96-130-20 |
|---|---|---|---|

| SUBJECT | Distribution: |
|---|---|
| TRAINING ASSIGNMENT | Lt. McClain, Ressler, Swartz, Vangreen, Stabley, Downing, Insp. Thompson, 7PM-3AM Shift, CPO Div, DV Div, Traff Saf., Training File, Records, Personnel |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|
|  |  |

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|
|  |  |  |

The following personnel will attend the fall re-certification training for 1996 First Aid and CPR. The class will be held at the Lincoln Fire Company , Roosevelt and Maryland Avenues from 0900-1700 hours on Monday November 11, 1996.  Jeans and BDU's are acceptable for this training.

INSTRUCTORS :  PO MARKLEY & PO DANIELS

      Lt.  McClain
      Sgt. Hill
      Cpl. Brown
      Cpl. Utley
      Cpl. Butler
      PO  Stambaugh
      PO  Tschopp
      PO  Behm
      PO  Buchkoski
      PO  Lowe
      PO  Figge
      PO  Goodwin

Herbert F. Grofcsik
Police Commissioner

HFG/MRD

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| | SPECIAL | 07/19/96 | 96-088-20 |

| SUBJECT | DISTRIBUTION LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN |
|---|---|
| TRAINING ASSIGNMENT | STABLEY & DOWNING; INSP. THOMPSON; SGTS. BRUNNER & CONKLIN; CONCERNED PERSONS; TRAINING FILE; RECORDS PERSONNEL |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|
| | |

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|
| | | |

The following personnel will attend Drug  Investigation, to be held at HACC, Room N-211 on September 24-26, 1996 from 0800-1600 hours.

         CPL  O'Neil        # 86
         PO   Searfoss      # 186
         PO   Behm          # 119
         PO   Hernnandez    # 182
         PO   J. Veater     # 128
         PO   King          # 180
         PO   Johnson       # 184

                              Herbert F. Grofcsik
                              Police Commissioner

** CPL O'Neil will be OIC and will arrange with Lt. McClain for transportation

| | | |
|---|---|---|
| CITY OF YORK, PENNSYLVANIA<br>POLICE DEPARTMENT | SPECIAL | EFFECTIVE DATE<br>07/19/96 | NUMBER<br>96-089-20 |

| SUBJECT | |
|---|---|
| **TRAINING ASSIGNMENT** | DISTRIBUTION LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOMPSON; SGTS. BRUNNER, CONKLIN; CONCERNED PERSONS; TRAINING FILE; RECORDS PERSONNEL |
| REFERENCE | SPECIAL INSTRUCTIONS |
| | |
| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |

The following personnel will attend DUI and Case Preparation, to be held at HACC, Room N-211 on September 30, 1996 from 0800-1600 hours.

| | | |
|---|---|---|
| PO | Markley | # 104 |
| PO | Nicholas | # 131 |
| PO | Figge | # 136 |
| PO | Lowe | # 132 |
| PO | Nadzom | # 180 |

Herbert F. Grofcsik
Police Commissioner

** PO Markley will be OIC and will arrange with Lt. McClain for transportation

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 07/19/96 | 96-084-20 |
|---|---|---|---|

| SUBJECT | DISTRIBUTION LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOMPSON; SGTS. BRUNNER & CONKLIN; CONCERNED PERSONS; TRAINING FILE; RECORDS PERSONNEL |
|---|---|
| TRAINING ASSIGNMENT | |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | | NO. PAGES |
|---|---|---|---|

The following personnel will attend Latent print Processing, to be held at HACC, Room N-211 on September11-12, 1996 from 0800-1600 hours.

| | | |
|---|---|---|
| CPL | O'Neil | # 86 |
| CPL | Kahley | # 90 |
| PO | Hernandez | # 182 |
| PO | Figge | # 136 |
| PO | Harrison | # 118 |
| PPO | Camacho | # 137 |
| PPO | Corley | # 144 |

Herbert F. Grofcsik
Police Commissioner

** Cpl. O'Neil is OIC and will arrange with Lt. McClain for transportation

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 07/19/96 | NUMBER 96-092-20 |
|---|---|---|---|

| SUBJECT | DISTRIBUTION LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN |
|---|---|
| TRAINING ASSIGNMENT | STABLEY & DOWNING; INSP. THOMPSON; SGTS. BRUNNER & CONKLIN; CONCERNED PERSONS; TRAINING FILE; RECORDS PERSONNEL |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|

The following personnel will attend Courtroom Presentation, to be held at HACC, Room N-206 on October 22-23, 1996 from 0800-1600 hours.

| PO Hose | # 103 |
| PO Behm | # 119 |
| PO Johnson | # 184 |
| PO Camacho | # 137 |

Herbert F. Grofesik
Police Commissioner

| POLICE DEPARTMENT | SPECIAL | |
|---|---|---|

| SUBJECT | DISTRIBUTION LTS. MCCLAIN, RESSLER, SWARTZ, VANGREE | |
|---|---|---|
| TRAINING ASSIGNMENT | STABLEY, & DOWNING; INSP. THOMPSON; SGTS. BRUNNER | |
| | CONKLIN; CONCERNED PERSONS; TRAINING FILE; RECORDS | |
| | PERSONNEL | |

| REFERENCE | SPECIAL INSTRUCTIONS | |
|---|---|---|
| | | |

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|
| | | |

The following personnel will attend "Vehicle Search and Seizure", to be held March 15, 1996 at The Department of Veteran Affairs, 1700 South Lincoln Avenue, Lebanon, Pa. The times will be 0900-1600 hours in building 22, 2nd floor classroom. TIPS is co-hosting this seminar.

```
Cpl.  B.   McBride      # 167
PO         O'Neil       # 138
PO         Fetrow       # 140
PO         Behm         # 119
PO    J.   Veater       # 128
PO         Wentz        # 176
PO         Figge        # 136
PPO        Harrison     # 118
```

Herbert F. Grofcsik
Police Commissioner

HFG/mrd

| | CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 02/16/96 | 96-029-20 |
|---|---|---|---|---|
| JECT **TRAINING ASSIGNMENT** | | DISTRIBUTION LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY, & DOWNING; INSP. THOMPSON; SGTS. BRUNNER & CONKLIN; CONCERNED PERSONS; TRAINING FILE; RECORDS; PERSONNEL | | |
| ERENCE | | SPECIAL INSTRUCTIONS | | |
| L.CSURE | | RE-EVALUATION DATE | | NO. PAGES |

The following personnel will attend "Vehicle Search and Seizure", to be held March 15, 1996 at The Department of Veteran Affairs, 1700 South Lincoln Avenue, Lebanon, Pa. The times will be 0900-1600 hours in building 22, 2nd floor classroom. TIPS is co-hosting this seminar.

| | | | |
|---|---|---|---|
| Cpl. | B. | McBride | # 167 |
| PO | | O'Neil | # 138 |
| PO | | Fetrow | # 140 |
| PO | | Behm | # 119 |
| PO | J. | Veater | # 128 |
| PO | | Wentz | # 176 |
| PO | | Figge | # 136 |
| PPO | | Harrison | # 118 |

Herbert F. Grofcsik
Police Commissioner

HFG/mrd

| | CITY OF YORK, PENNSYLVANIA - POLICE DEPARTMENT | SPECIAL | 02/13/96 | 96-018-20 |
|---|---|---|---|---|
| SUBJECT **TRAINING ASSIGNMENT** | | DISTRIBUTION LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOMPSON; SGTS. BRUNNER & CONKLIN; CONCERNED PERSONS; TRAINING FILE; RECORDS; PERSONNEL | | |
| REFERENCE | | SPECIAL INSTRUCTIONS | | |
| ENCLOSURE | | RE-EVALUATION DATE | | NO. PAGES |

The following personnel will attend training entitled " Dealing With Difficult People", to be held March 27, 1996 at HACC, North Hall Room 201.

| Cpl. | Brewster | # 102 | | PO | Behm | # 119 |
|---|---|---|---|---|---|---|
| PO | Hose | # 103 | | PO | Nicholas | # 131 |
| PO T. | Ross | # 194 | | PO | Knarr | # 152 |
| PO J. | Veater | # 128 | | PO | Stevens | # 191 |
| PO | Peddicord | # 197 | | PO | Corley | # 144 |

Herbert F. Grofcsik
Police Commissioner

HFG/mrd



| | | 11/30/95 | 95-144-20 |
|---|---|---|---|

**SUBJECT**

# TRAINING ASSIGNMENT

**DISTRIBUTION** CAPT. GROSS; LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOMP SGTS. BRUNNER & CONKLIN; CONCERNED PERSONS; TRAINING FILE; RECORDS; PERSONNEL

**REFERENCE**

**SPECIAL INSTRUCTIONS**

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

The following personnel will attend 1996 MPOETC Mandatory In-Service Training, to be held May 15 and 16, 1996 at The Commonwealth Fire Company, N. Sherman Street Extended, Springettsbury Township from 0800-1630 hours daily.

    05/15/96   Updates and Officer Safety Awareness VI
    05/16/96   Crime Scene Investigation I and II


            PO Behm          #119
            PO Figge         #136
            PO Stevens       #191
            PO Harrison      #118


                    _Russell L. Clanagan_
                    Russell L. Clanagan
                    Police Commissioner

RLC/aes

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 09/13/95 | NUMBER 95-112-2( |
|---|---|---|---|

| SUBJECT **TRAINING ASSIGNMENT** | DISTRIBUTION CAPT. GROSS; LTS.MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOME SGTS. BRUNNER & CONKLIN; CONCERNED PERSONS; TRAINING FILE; RECORDS; PERSONNEL |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|

The following personnel will attend 1995 First Aid/CPR re-certification and fall 1995 Firearms on Tuesday, September 26, 1995.  CPR and First Aid will be held at Lincoln 9 Fire Company from 0800-1200 hours. Officers will then report to the F.O.P. County Firearms Range NO LATER THAN 1300 HOURS.

Full duty gunbelts are to be brought to the range, (Including your issued Glock weapon and magazines.)  Leave your duty ammo secured in your vehicle once arriving to the range.  We shall NOT be shooting or re-issuing duty ammo this qualification.

Blue jeans and similar attire (BDU's etc.) are approved for this training day.

| | |
|---|---|
| Lt. Stabley | # 22 |
| Sgt. Veseth | # 56 |
| Sgt. Fells | # 63 |
| D1C Daryman | # 83 |
| Det. Seiffert | #115 |
| PO Heilman | #105 |
| PO Muldrow | #143 |
| PO Ward | #133 |
| PO Behm | #119 |
| PO Riccobono | #157 |
| PO Pace | #196 |
| PO Stevens | #191 |

*Russell L. Clanagan*

Russell L. Clanagan
Police Commissioner

RLC/aes



HUMAN RESOURCES

SEP 1 8 1995

| | CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 08/01/95 | NUMBER 95-074-20 |
|---|---|---|---|---|

| PROJECT TRAINING ASSIGNMENT | DISTRIBUTION CAPT. GROSS; LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOMP SGTS. BRUNNER, MEHRING & CONKLIN; CONCERNED PERS TRAINING FILE; RECORDS; PERSONNEL; ACCOUNTING |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|

The following personnel will attend E.V.O.C. (Emergency Vehicle Operation Course), to be held October 9, 10, and 11, 1995 at HACC. The class will begin in room N-206. The hours of this training are 0800-1600.

| PO Ward | #133 |
|---|---|
| PO Behm | #119 |
| PO King | #180 |
| PO Pace | #191 |

Russell L. Clanagan
Police Commissioner

RLC/aes

# REVISION

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 07/19/95 | 95-077-20 |
|---|---|---|---|

**SUBJECT**

# TRAINING ASSIGNMENT

**DISTRIBUTION** CAPT. GROSS; LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOM SGTS. BRUNNER, MEHRING & CONKLIN; CONCERNED PERS TRAINING FILE; RECORDS; PERSONNEL; ACCOUNTING

**REFERENCE**

**SPECIAL INSTRUCTIONS**

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

The following personnel will attend DUI Investigation and Case Preparation school to be held at HACC, North Hall, Room 211 on September 25, 1995.

|  |  |
|---|---|
| PO Wentz | #176 |
| PO Behm | #119 |
| PO E. Veater | #172 |

***PO Wentz is OIC and should arrange for transportation with Lt. McClain ahead of time.

Russell L. Clanagan
Police Commissioner

RLC/aes



HUMAN RESOURCES

JUL 1 9 1995

| | CITY OF YORK, PENNSYLVANIA<br>POLICE DEPARTMENT | SPECIAL | 07/07/95 | NUMBER<br>95-074-20 |
|---|---|---|---|---|

| SUBJECT<br>**TRAINING ASSIGNMENT** | DISTRIBUTION CAPT. GROSS; LTS. MCCLAIN, RESSLER,<br>SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOMP<br>SGTS. BRUNNER, MEHRING & CONKLIN; CONCERNED PERS<br>TRAINING FILE; RECORDS; PERSONNEL; ACCOUNTING |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|

The following personnel will attend E.V.O.C. (Emergency Vehicle
Operation Course), to be held July 28, 29, and 30, 1995 at HACC.  The
class will begin in room N-206.  The hours of this training are 0800-
1600.

| | |
|---|---|
| PO Ward | #133 |
| PO Behm | #119 |
| PO King | #180 |
| PO Pace | #191 |

Russell L. Clanagan
Police Commissioner

RLC/aes

| | POLICE DEPARTMENT | SPECIAL | 07/05/95 | 95-070 |
|---|---|---|---|---|

| SUBJECT | DISTRIBUTION CAPT. GROSS; LTS. MCCLAIN, RESSLE |
|---|---|
| TRAINING ASSIGNMENT | SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. T |
| | SGTS. BRUNNER, MEHRING & CONKLIN; CONCERNED |
| | TRAINING FILE; RECORDS; PERSONNEL; ACCOUNTIN |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGE |
|---|---|---|

The following personnel will attend ESP Certification School, to be he
July 18, 1995 from 0900-1300 hours.  This training will take place at
the York City Police Department.

| | |
|---|---|
| Corporal Girling | #173 |
| PO J. Veater | #128 |
| PO Koltunovich | #189 |
| PO Wharton | #174 |
| PO Figge | #136 |
| PO Aikey | #163 |

Russell L. Clanagan
Police Commissioner

RLC/aes

*****NOTE OF INTEREST:   All officers will have the option of
using LV or vacation for the remaining of the tour, or can be
used to perform some tasks in Records, such as filing,
microfilming, etc.  (3-11 officers can augment their shift once
2:00 rolls around)



| | CITY OF YORK, PENNSYLVANIA<br>POLICE DEPARTMENT | TYPE<br><br>SPECIAL | EFFECTIVE DATE<br><br>07/05/95 | NUMBER<br><br>95-071-20 |
|---|---|---|---|---|

| SUBJECT<br><br>**TRAINING ASSIGNMENT** | DISTRIBUTION CAPT. GROSS; LTS. MCCLAIN, RESSLER,<br>SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOME<br>SGTS. BRUNNER, MEHRING & CONKLIN; CONCERNED PERS<br>TRAINING FILE; RECORDS; PERSONNEL; ACCOUNTING |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|

The following personnel will attend a Marijuana Interdiction/Eradication
Seminar to be held Wednesday, July 12, 1995, at Fort Indiantown Gap, PA
from 0830-1600 hours.

| | |
|---|---|
| Sgt. Fells | # 63 |
| Det. J. McBride | #171 |
| Det. Roberts | #146 |
| PO B. McBride | #167 |
| PO Behm | #119 |
| PO J. Veater | #128 |
| PO E. Veater | #172 |

Russell L. Clanagan
Police Commissioner

RLC/aes

*** Sgt. Fells is OIC and should arrange for transportation.

*** Registration and meal money being sent to the GAP separately.



| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 06/07/95 | 95-067-20 |
|---|---|---|---|

**SUBJECT**

# TRAINING ASSIGNMENT

DISTRIBUTION CAPT. GROSS; LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOMPS SGTS. BRUNNER, MEHRING & CONKLIN; CONCERNED PERSO TRAINING FILE; RECORDS; PERSONNEL; ACCOUNTING

REFERENCE | SPECIAL INSTRUCTIONS

ENCLOSURE | RE-EVALUATION DATE | NO. PAGES

The following personnel will attend the Hazardous Materials Course to be held at Northern Regional Police Department on July 18, 1995:

The first group will attend from 1300-1430 hours:

| Sgt. Conklin | # 52 | PO Levinsky | #183 |
|---|---|---|---|
| Sgt. Mehring | # 64 | PO Brewster | #102 |
| Sgt. Hill | # 53 | PO Hernandez | #182 |
| PO1C W. Brown | #165 | PO Santiago | #161 |

The second group will attend from 1500-1630 hours:

| Sgt. Fells | # 63 | PO Losty | #147 |
|---|---|---|---|
| Det. Barth | #195 | PO Poole | #135 |
| PO Lawson | #193 | PO Wharton | #174 |
| PO Behm | #119 | PO Lowe | #132 |
| PO Hansen | #177 | | |

Russell L. Clanagan
Police Commissioner

RLC/aes

| | | | | |
|---|---|---|---|---|
| CITY OF YORK, PENNSYLVANIA<br>POLICE DEPARTMENT | SPECIAL | 06/07/95 | NUMBER<br>95-068-2 |

**SUBJECT**

# TRAINING ASSIGNMENT

DISTRIBUTION CAPT. GROSS; LTS. MCCLAIN, RESSLER,
SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOM
SGTS. BRUNNER, MEHRING & CONKLIN; CONCERNED PER
TRAINING FILE; RECORDS; PERSONNEL; ACCOUNTING

**REFERENCE** — SPECIAL INSTRUCTIONS

**ENCLOSURE** — RE-EVALUATION DATE — NO. PAGES

The following personnel will attend the Hazardous Materials Course to be
held at Northern Regional Police Department on July 25, 1995:

The first group will attend from 1300-1430 hours:

| | | | |
|---|---|---|---|
| Sgt. Sullivan | # 68 | PO Wagner | #198 |
| PO1C Kahley | #106 | PO Muldrow | #143 |
| PO Stambaugh | #108 | | |

The second group will attend from 1500-1630 hours:

| | | | |
|---|---|---|---|
| Lt. Swartz | # 25 | PO Riccobono | #157 |
| PO Nicholas | #131 | PO Pace | #196 |
| PO Figge | #136 | PO Stevens | #191 |

The third group will attend from 1800-1930 hours:

| | | | |
|---|---|---|---|
| Sgt. Arnold | # 58 | PO Peddicord | #197 |
| PO Mincemoyer | #127 | PO Aikey | #163 |
| PO J. Veater | #128 | | |

Russell L. Clanagan
Police Commissioner

RLC/aes

| POLICE DEPARTMENT | | 05/31/95 | 95-062-20 |
|---|---|---|---|

| SUBJECT | DISTRIBUTION CAPT. GROSS; LTS. MCCLAIN, RESSLER, |
|---|---|
| TRAINING ASSIGNMENT | SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOMP SGTS. BRUNNER, MEHRING & CONKLIN; CONCERNED PERS TRAINING FILE; RECORDS; PERSONNEL; ACCOUNTING |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|

The following personnel will attend Spring 1995 Firearms Qualifications on Friday, June 30, 1995, to be held at the York County FOP Range on Indian Rock Dam Road.  The hours are 0800-1600.  Blue jeans will be permitted for this training.  Each officer is to bring his or her entire duty gunbelt, with their issued Glock weapon and all magazines that were issued to them.  The new 40 cal. Glocks will be issued at this time and used for this qualification.

| | |
|---|---|
| PO1C Dacheux | #162 |
| PO Bricker | #190 |
| PO Santiago | #161 |
| PO Markley | #104 |
| PO Figge | #136 |
| PO Lowe | #132 |
| PPO Goodwin | #175 |
| PPO Nadzom | #158 |
| PPO Tison | #155 |

*Russell L. Clanagan*
Russell L. Clanagan
Police Commissioner

RLC/aes



| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 04/27/95 | NUMBER 95-049-20 |
|---|---|---|---|

**SUBJECT**

# TRAINING ASSIGNMENT

DISTRIBUTION  CAPT. GROSS; LTS. RESSLER, MCCLAIN, 3-11, VANGREEN, STABLEY, & DOWNING; INSP. THOME SGTS. SWARTZ, CONKLIN & MEHRING; CONCERNED PERSON TRAINING FILE; RECORDS; PERSONNEL; ACCOUNTING

**REFERENCE** | **SPECIAL INSTRUCTIONS**

**ENCLOSURE** | **RE-EVALUATION DATE** | **NO. PAGES**

The following personnel will attend a training seminar entitled "Policing Your Image" which will take place on Friday, May 26, 1995 from 1:00 p.m. - 5:00 p.m.  This training will be held at the Training/Meeting Room of the Waste Water Treatment Plant on Black Bridge Road.  If the parking lot of the Administration Building is full, parking will be permitted on both sides of the paved main road.

| | | | |
|---|---|---|---|
| Sgt. Brunner | # 61 | PO Koltunovich | #189 |
| D1C Williams | # 81 | PO Losty | #147 |
| Det. J. McBride | #171 | PO Wharton | #174 |
| Det. Walker | #142 | PO Figge | #136 |
| PO Hose | #103 | PO Lowe | #132 |
| PO Santiago | #161 | PO King | #180 |
| PO Wentz | #176 | PO Harrison | #118 |
| PO Behm | #119 | PO Goodwin | #175 |
| PO Mincemoyer | #127 | PO Knarr | #152 |
| PO J. Veater | #128 | | |

**Lt. Downing will be assigning 5 officers to report to the training room 1/2 hour early to set up chairs and tables.

Russell L. Clanagan
Police Commissioner

RLC/aes





| | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 02/27/95 | 95-025-20 |

| SUBJECT | DISTRIBUTION CAPT. GROSS; LTS. RESSLER, MCCLAIN, |
|---|---|
| **TRAINING ASSIGNMENT** | LISTER, VANGREEN, STABLEY, & DOWNING; INSP. THO SGTS. SWARTZ, CONKLIN & MEHRING; CONCERNED PERS TRAINING FILE; RECORDS; PERSONNEL; ACCOUNTING |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|
| | |

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|
| | | |

The following officers will attend 1995 MPOETC Mandatory In Service Training to be held June 7 - 8, 1995 at the Northern Regional Police Department.

| | | | |
|---|---|---|---|
| 06/07/95 | Sect.# 34210 | Legal Update | 0800-1200 |
| 06/07/95 | Sect.# 34211 | Off. Safety Aware. | 1300-1630 |
| 06/08/95 | Sect.# 34212 | Cultural Diversity | 0830-1600 |

| | | |
|---|---|---|
| Sgt. Brunner | # 61 | |
| Sgt. Conklin | # 52 | (to attend June 7 only) |
| Sgt. Blemler | # 67 | |
| D1C Daryman | # 83 | |
| PO1C Concepcion | #125 | |
| Det. Rohrbaugh | #150 | |
| PO Leppo | #148 | |
| PO Searfoss | #185 | |
| PO Behm | #119 | |
| PO Buchkoski | #145 | |
| PO Wharton | #174 | |
| PO Figge | #136 | |
| PO Aikey | #163 | |

**Please take along your crimes codes.

*Russell L. Clanagan*

Russell L. Clanagan
Police Commissioner

HUMAN RESOURCES

RLC/aes

1995

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 10/03/94 | NUMBER 94-095-19 |
|---|---|---|---|

**SUBJECT**

# TRAINING ASSIGNMENT

DISTRIBUTION CAPTS. PERELMAN & GROSS; LTS. MCCLAIN, VANGREEN, RESSLER, LISTER, STABLEY, & DOWNING; SWAT INSP. THOMPSON;SGTS. FELLS, & MEHRING; CONCERNED PERSONS; TRAINING FILE; RECORDS; PERSONNEL; DAYWOH J. ROBINSON

**REFERENCE** | SPECIAL INSTRUCTIONS

**CLOSURE** | RE-EVALUATION DATE | NO. PAGES

The following personnel are to report to the York County FOP Range on Indian Rock Dam Road on Wednesday, October 19, 1994 at 0800 hours. Bring your complete duty gunbelt weapon and magazines.  Lunch will be 1130 to 1230 hours.  At 1230 sharp report to Lincoln 9 on Roosevelt Avenue for First Aid/CPR Re-certification.

| | |
|---|---|
| Lt. Lister | # 25 |
| Sgt. Brunner | # 61 |
| Sgt. Stine | # 65 |
| Sgt. Conklin | # 52 |
| D1C Williams | # 81 |
| Det. Roberts | #146 |
| PO Heist | #152 |
| PO Bricker | #190 |
| PO Pfeifer | #175 |
| PO Wentz | #176 |
| PO Behm | #119 |
| PO Mincemoyer | #127 |
| PO Losty | #147 |

*First Aid Instructors will be PO Knauer and PO Mincemoyer.
*Fire Arms Instructors will be PO1C Girling and PO Pfeifer.


Thomas C. Gross
Acting Chief of Police


HUMAN RESOURCES

OCT - 3 1994

| ![emblem] CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 08/10/94 | 94-071-2[ |
|---|---|---|---|

| SUBJECT **TRAINING ASSIGNMENT** | DISTRIBUTION CAPTS. PERELMAN & GROSS; LTS. MCCLAIN VANGREEN, RESSLER, LISTER, & STABLEY; LT. DOWNIN INSP. ZEAGER; SGTS. FELLS, & MEHRING; CONCERNED PERSONS; TRAINING FILE; RECORDS; PERSONNEL |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|

     The following personnel will attend a training session entitled
Latent Print Processing, to be held September 8 and 9, 1994 from 0800-
1630 hours.  This course will be held in room PSTC-, N-211 at HACC.


                    PO   Fetrow        #140
                    PO   Ward          #133
                    PO   Behm          #119
                    PO   S. Ross       #141
                    PO   Peddicord     #197


                                    Thomas C. Gross
                                    Acting Chief of Police



HUMAN RESOURCES

AUG 1 7 1994

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 05/03/94 | NUMBER 94-050-20 |
|---|---|---|---|

| SUBJECT TRAINING ASSIGNMENT | DISTRIBUTION CAPTS. PERELMAN & GROSS; LTS. MCCLAI VANGREEN, RESSLER, LISTER, STABLEY & DOWNING; INSP.ZEAGER;SGTS. BRUNNER, MEHRING, FELLS; CONC PERSONS; TRAINING FILE; RECORDS; PERSONNEL |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|

The following personnel will attend Spring 1994 Firearms Qualifications, to be held at the York County FOP Range on Indian Rock Dam Road.  The hours are 0800-1600. Each officer is to bring his or her full duty belt, including the inner belt. The date of this training is Friday, June 24, 1994.

```
        Lt.    Stabley      #   22
        Lt.    Lister       #   25
        Sgt.   Hill         #   53
        Det    J. McBride   #  171
        PO1C   Kahley       #  106
        PO     Bricker      #  190
        PO     Levinsky     #  183
        PO     George       #  123
        PO     Ward         #  133
        PO     Behm         #  119
        PO     E. Veater    #  172
        PO     Wharton      #  174
        PO     Figge        #  136
        PPO    Aikey        #  163
```

William E. Smith
Chief of Police



| | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| | SPECIAL | 4/29/94 | 94-042-20 |

SUBJECT

# TRAINING ASSIGNMENT

DISTRIBUTION CAPTS. PERELMAN & GROSS; LTS. MCCLAIN, VANGREEN, RESSLER, LISTER, STABLEY & DOWNING; INSP.ZEAGER;SGTS. BRUNNER, MEHRING, FELLS; CONCER PERSONS; TRAINING FILE; RECORDS; PERSONNEL

REFERENCE

SPECIAL INSTRUCTIONS

ENCLOSURE

RE-EVALUATION DATE

NO. PAGES

        The following personnel will attend the 90 minute Hazardous. Materials update course, to be held at Northern Regional Police Department on Tuesday, July 26, 1994 from 1300-1430:


            Sgt.    Swartz      #  66
            Sgt.    Blemler     #  67
            D1C     Thompson    #  82
            PO1C    Dacheux     # 162
            PO1C    Ford        # 181
            PO1C    Fuentes     # 101
            PO1C    Kohler      # 158
            PO      Leppo       # 148
            PO      Stambaugh   # 108
            PO      Knauer      # 126
            PO      Tschopp     # 129
            PO      Santiago    # 161
            PO      Behm        # 119


                                    William E. Smith
                                    Chief of Police


                                    MAY 0 4 1994

Case 1:00-cv-01893-CCC    Document 30    Filed 09/10/2002    Page 53 of 75

| | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 4/15/94 | 94-030-20 |

| SUBJECT | DISTRIBUTION CAPTS. PERELMAN & GROSS; LTS. MCCLL VANGREEN, RESSLER, LISTER, & STABLEY & DOWNIN INSP. ZEAGER; SGTS. FELLS, & MEHRING; CONCERNE PERSONS; TRAINING FILE; RECORDS; PERSONNEL |
|---|---|
| **TRAINING ASSIGNMENT** | |

| REFERENCE | SPECIAL INSTRUCTIONS | |
|---|---|---|
| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |

The following personnel will attend the Police Cyclist Program to be held at HACC June 13-16, 1994 in room N-211.

| | | | |
|---|---|---|---|
| PO1C | Barth | # | 195 |
| PO | Beveridge | # | 134 |
| PO | Daniels | # | 199 |
| PO | Tschopp | # | 129 |
| PO | Clarkson | # | 187 |
| PO | Behm | # | 119 |
| PO | J. Veater | # | 172 |
| PO | Hansen | # | 177 |

William E. Smith
Chief of Police

\*    PO1C Barth: Please coordinate with daywork to arange for transportation.

| | CITY OF YORK, PENNSYLVANIA<br>POLICE DEPARTMENT | TYPE<br>SPECIAL | EFFECTIVE DATE<br>01/03/94 | NUMBER<br>94-004-20 |
|---|---|---|---|---|

| SUBJECT | DISTRIBUTION CAPTS. PERELMAN & GROSS; LTS. MCCLA<br>VANGREEN, RESSLER, LISTER, & STABLEY; INSP. ZE<br>SGTS. SWARTZ & MEERING; CONCERNED PERSONS;<br>TRAINING FILE; RECORDS; PERSONNEL |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|

        The following personnel will attend 1994 MPOETC
Mandatory In - Service training, to be held June 8 and 9, 1994
at the Northern Regional Police Department from 0800-1600 daily.

        6/8/94  34914  Legal Updates
        6/8/94  34915  Officer Safety Awareness IV
        6/9/94  34916  Report Writing Made Easy

| Lt. | Stabley | # 22 | | PO | Kling | # 168 |
|---|---|---|---|---|---|---|
| Sgt. | Hill | # 53 | | PO | T. Ross | # 194 |
| PO1C | Beck | # 130 | | PO | Behm | # 119 |
| PO1C | Concepcion | # 125 | | PO | Hansen | # 177 |
| D1C | Daryman | # 83 | | PO | Buchkoski | # 145 |
| Det | Follmer | # 124 | | PO | Koltunovich | # 189 |
| Det | Seiffert | # 115 | | PO | S. Ross | # 141 |
| PO | Wagner | # 198 | | | | |

                        William E. Smith
                        Chief of Police

| POLICE DEPARTMENT | SPECIAL | 9/07/93 | 93-098-20 |
|---|---|---|---|

**JECT**

DISTRIBUTION CAPTS. PERELMAN & GROSS; LTS. MCCLAIN, VANGREEN, RESSLER, LISTER, & STABLEY; INSP. ZEAG SGTS. SWARTZ & MEHRING; CONCERNED PERSONS; TRAINING FILE; RECORDS; PERSONNEL

**IRENCE**

SPECIAL INSTRUCTIONS

**.OSURE**

RE-EVALUATION DATE | NO. PAGES

The following personnel will attend 1993 Fall Firearms Qualification to be held Thursday September 09, 1993 at the County FOP Range on Indian Rock Dam Road. Note there are 2 separate training blocks listed below. All persons are to bring their firearms duty equipment and duty ammo. We will complete qualifications in the State pistol and shotgun courses, the YCPD pistol course, clay target shooting, and there will be some firearms skill development shooting. Your Glocks will be stripped for cleaning and an update kit will be installed in your gun at this time.

**0700 HOURS to NOON**

| Lt. | McClain | # 20 |
|---|---|---|
| PO1C | Dacheux | # 162 |
| PO1C | Beck | # 130 |
| D1C | Daryman | # 83 |
| Det. | J. McBride | # 171 |
| PO | Good | # 151 |
| PO | Wagner | # 198 |
| PO | B. McBride | # 167 |
| PO | George | # 123 |
| PO | Behm | # 119 |
| PPO | Figge | # 136 |

**NOON - 1700 HOURS**

| Lt. | Vangreen | # 24 |
|---|---|---|
| D1C | Williams | # 81 |
| Det. | Follmer | # 124 |
| PO | Bricker | # 190 |
| PO | Stambaugh | # 108 |
| PO | Levinsky | # 183 |
| PO | Kling | # 168 |
| PO | Santiago | # 161 |
| PO | Clarkson | # 187 |
| PO | R. Hill | # 138 |

William E. Smith
Chief of Police

SEP 10 2002

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 7/2/93 | 93-080-20 |
|---|---|---|---|

**SUBJECT**

TRAINING ASSIGNMENT

DISTRIBUTION:CAPTS. PERELMAN & GROSS; LTS MCCLAIN
VANGREEN, RESSLER, LISTER & STABLEY;  INSP. ZE
SGTS. BRUNNER, SWARTZ & MEHRING; CONCERNED PER
TRAINING FILE; RECORDS;PERSONNEL

**REFERENCE**

SPECIAL INSTRUCTIONS

**ENCLOSURE**

RE-EVALUATION DATE

NO. PAGES

The following personnel will attend the '90 minute 1993 Hazardous Materials update training, to be held at Northern Regional Police Dept. on the following dates and times :

Tuesday  July 13, 1993  1300 - 1430 hours :
Sgt. Swartz, PO1C Beck, PO1C Dacheux, PO1C Concepcion, D1C Daryman, Det. Follmer , PO Stambaugh, PO Hernandez, PO R. Hill

Tuesday  July 13, 1993  1500 - 1630 hours :
Lt. McClain , PO1C Girling, PO1C Fuentes, PO1C Walker,  PO1C Arnold, Det. Seiffert, PO Bricker, PO Kahley

Tuesday July 20, 1993  1300 - 1430 hours :
Lt. Downing, Lt. Stabley, Sgt. Stine, Sgt. Mehring, Det. Rohrbaugh, PO J.McBride, PO Wagner, PO Roberts, PO Bloss, PO Clarkson

Tuesday July 20, 1993  1500 - 1630 hours :
Sgt. Hill, D1C Thompson, PO Kling, PO B.McBride, PO Utley, PO T. Ross, PO Hansen, PO Markley

Tuesday July 20, 1993  2000 - 2130 hours  :
Lt. Ressler, Lt. Lister, Sgt. Brunner, Sgt. Fells, PO1C Butler, PO1C Kohler, PO Lawson , PO Hose, PO Kleynen , PO George, PO Ward, PO Behm, PO Koltunovich, PO S. Ross , PO Poole

Tuesday July 27, 1993  1300 - 1430  hours :
Sgt. Conklin, D1C Williams, PO1C Brown, PO Good, PO Brewster, PO Muldrow, PO Beveridge, PO Pfeifer, PO Santiago

Tuesday July 27, 1993  1500 - 1630  hours :
PO1C Ford, PO Heist, PO Heilman, PO Leppo, PO Levinsky, PO Fetrow, PO Daniels, PO Knauer, PO Mincemoyer, PO Peddicord

Tuesday July 27, 1993  2000 - 2130  hours :
Sgt. Veseth, Sgt. Sullivan, Sgt. Blemler, PO1C Barth, PO J. Brown, PO Adams, PO Spence, PO Tschopp, PO Wentz, PO Searfoss, PO J. Veater, PO Buchkoski, PO Losty, PO E. Veater, PO Nicholas

William E. Smith
Chief of Police

| | CITY OF YORK, PENNSYLVANIA<br>POLICE DEPARTMENT | TYPE<br>SPECIAL | EFFECTIVE DATE<br>03/01/93 | NUMBER<br>93–046– |
|---|---|---|---|---|

| SUBJECT<br>TRAINING ASSIGNMENT | DISTRIBUTION CAPTS. PERELMAN & GROSS; LTS MCCLAI<br>VANGREEN, RESSLER, LISTER & STABLEY;  INSP. Z<br>SGTS. BRUNNER, SWARTZ & MEHRING; CONCERNED PE<br>TRAINING FILE; RECORDS; PERSONNEL |
|---|---|
| REFERENCE | SPECIAL INSTRUCTIONS |
| ENCLOSURE | RE-EVALUATION DATE        NO. PAGE |

The following personnel will attend 1993 MPOETC Mandatory
In-Service Training  on May  17  and 18,  1993 at  Spring  Garden
Police Department. Hours  of the complete  training days will  be
0800-1630 hours.  This 2 day course update includes the
following sections and topics :

```
        34587 - Ethnic Intimidation and Legal Update
        34588 - Case Preparation
        34589 - Officer Safety Awareness III
```

| | | | | | | |
|---|---|---|---|---|---|---|
| Lt. | Vangreen | # 24 | | PO | Leppo | #148 |
| Insp. | Zeager | # 31 | | PO | Kling | #168 |
| Sgt. | Conklin | # 52 | | PO | Kahley | #106 |
| PO1C | Dacheux | #162 | | PO | Spence | #122 |
| PO1C | Fuentes | #101 | | PO | Ward | #133 |
| Det. | Rohrbaugh | #150 | | PO | Behm | #119 |
| Det. | Follmer | #124 | | | | |

William E. Smith
Chief of Police

**Note:  Everyone in this class should have received confirmation
        by mail from HACC for this course. If you  have not,
        contact Lt. Downing ASAP.

MAR 0 2 1993

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE -02/26/93 | NUMBER 93-041-2 |
|---|---|---|---|

**SUBJECT**

TRAINING ASSIGNMENT

DISTRIBUTIONCAPTS. PERELMAN & GROSS; LTS MCCLAI
VANGREEN, RESSLER, LISTER & STABLEY;  INSP. Z
SGTS. BRUNNER, SWARTZ & MEHRING; CONCERNED PE
TRAINING FILE; RECORDS;PERSONNEL

**REFERENCE**

**SPECIAL INSTRUCTIONS**

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGE**

The following personnel will attend 1993 Spring Firearms Qualification to be held Friday, May 14, 1993 at the County FOP Range on Indian Rock Dam Road. This training will occur from 0800-1600 hours.  Bring your complete duty gun belt.

```
Capt.   Perelman    #    3
Sgt.    Sullivan    #   68
D1C     Williams    #   81
PO      Good        #  151
PO      Heilman     #  105
PO      Utley       #  179
PO      Wentz       #  176
PO      Behm        #  119
PO      Nicholas    #  131
```

William E. Smith
Chief of Police



| | CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 02/24/93 | NUMBER 93-036 |
|---|---|---|---|---|

| SUBJECT TRAINING ASSIGNMENT | DISTRIBUTIONCAPTS. PERELMAN & GROSS; LTS MCCLAI VANGREEN, RESSLER, LISTER & STABLEY;' INSP. Z SGTS. BRUNNER, SWARTZ & MEHRING; CONCERNED PE TRAINING FILE; RECORDS;PERSONNEL |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAG |
|---|---|---|

The following personnel will attend in-service training on March 26, 1993 at the Lincoln Fire  Company. CPR re-certification will begin at 0800 hours. CROWD CONTROL training will  take place in the afternoon session until 1600 hours.

|  |  |  |
|---|---|---|
| Sgt. | Conklin | # 52 |
| Sgt. | Hill | # 53 |
| PO1C | Beck | # 130 |
| PO1C | Fuentes | # 101 |
| PO1C | Butler | # 154 |
| PO | Kling | # 168 |
| PO | Roberts | # 146 |
| PO | Hose | # 103 |
| PO | George | # 123 |
| PO | Searfoss | # 185 |
| PO | Behm | # 119 |
| •PEO | Enders | # 258 |

William E.  Smith
Chief of Police

SCHEDULED INSTRUCTOR FOR THIS DATE  : Lt. Stabley
* CPR only

| | POLICE DEPARTMENT | SPECIAL | 10-07-92 | 92-10 |
|---|---|---|---|---|

| SUBJECT | DISTRIBUTION |
|---|---|
| TRAINING ASSIGNMENT | CAPTS. McMASTER, PERELMAN, LTS. McCLAIN, RESSLER, LISTER, VANG SGTS. BRUNNER, SWARTZ, MEHRING; PER CONCERNED PERSONS, RECORDS, TRAININ |

| REFERENCE | |
|---|---|
| | SPECIAL INSTRUCTIONS |

| ENCLOSURE | RE-EVALUATION DATE | NO. |
|---|---|---|

The following personnel will attend Mandatory In Service
Training at the Spring Garden Twp Police Department from
0800 hrs to 1600 hours on November 9 and 10, 1992 .

```
Lt.     Vangreen      #   24
Insp.   Zeager        #   30
PO1C    Walker        #  142
PO      Roberts       #  146
PO      A.Adams       #  184
PO      Kahley        #  106
PO      Spence        #  122
PPO     Behm          #  119
PPO     Veater        #  128
PPO     R.Hill        #  138
PPO     Koltunovich   #  189
```

William E. Smith
Chief of Police

| | POLICE DEPARTMENT | SPECIAL | 10-05-92 | 92-095-2 |
|---|---|---|---|---|

| SUBJECT | DISTRIBUTION CAPTS. McMASTER, PERELMAN, |
|---|---|
| TRAINING ASSIGNMENT | LTS. McCLAIN, RESSLER, LISTER, VANGRE |
| | SGTS. BRUNNER, SWARTZ, MEHRING; PERSO |
| | CONCERNED PERSONS, RECORDS, TRAINING |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|
| | |

| ENCLOSURE | RE-EVALUATION DATE | NO. PA |
|---|---|---|
| | | |

The following personnel are to report to the York County

Firearms Range on Indian Rock Dam Road  Wednesday, October 21,

1992 from 0800 hrs to 1600 hours for fall Firearms Training.

Bring a writing utensil for note taking and all appropriate

gun belt gear.


```
Lt.    Vangreen   #  24
PO1C   Barth      # 195
PO1C   Walker     # 142
PO     Stambaugh  # 108
PO     J.McBride  # 171
PO     Beveridge  # 134
PO     Kahley     # 106
PO     Hose       # 103
PPO    Behm       # 119
PPO    Markley    # 104
PPO    Poole      # 135
```

William E. Smith
Chief of Police

| | CITY OF YORK, PENNSYLVANIA<br>POLICE DEPARTMENT | SPECIAL | 05/13/92 | 92-045- |
|---|---|---|---|---|
| SUBJECT<br><br>TRAINING ASSIGNMENT | | DISTRIBUTION Capts. Smith, McMaster, Perelman<br>Lts. McClain, Downing, Ressler, Vangreen;<br>Sgts. Brunner, Swartz, Mehring; Training;<br>Records; Personnel; Concerned Persons | | |
| REFERENCE | | SPECIAL INSTRUCTIONS | | |
| ENCLOSURE | | RE-EVALUATION DATE | | NO. P |

The following personnel will attend a HAZ MAT First Responder course at Northern York County Regional Police Department on Wednesday, June 3, 1992.

### 1030 - 1430

Sgt. Sullivan, #68
PO Sheesley, #180
PO Knauer, #126
PO Santiago, #161
PPO Veater, #128
PPO Behm, #119

### 1530 - 1930

Lt. Downing, #21
D1C Williams, #81
PO J. McBride, #171
PO Kahley, #106
PO Spence, #122
PO Butler, #154
PO M. Hose, #103
PO Utley, #179
PO T. Ross, #194
PO Ward, #133

William M. Hose
Chief of Police

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 03/20/92 | 92-02 |
|---|---|---|---|

| SUBJECT | DISTRIBUTION |
|---|---|
| TRAINING ASSIGNMENT | Capts. Hose, Smith, McMaster; Lts. McClain, Perelman, Downing, Vangreen; Sgts. Ressler, Mehring, Training, Records; Personnel; Concerned Persons |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|
| | |

| ENCLOSURE | RE-EVALUATION DATE | NO. |
|---|---|---|
| | | |

The following officers will report for CPR certification and Firearms Qualification on Fri., March 27, 1992 as follows:

CPR at the Mayor's Conference room at 0800 hrs. and Firearms Qualification at the County Firearms Range (Indian Rock Dam) at 1200 hrs.;

                    Capt. McMaster, #5
                    PO1C Fuentes, #101
                    PO Sheesley, #180
                    PO Levinsky, #183
                    PO J. McBride, #171
                    PPO Behm, #119
                    PO1C Girling, #173

Firearms Qualification at the County Firearms Range (Indian Rock Dam) at 0800 hrs. and CPR at the Mayor's Conference Room at 1200 hrs;

                    Sgt. Lister, #63
                    PO Good, #151
                    PO Roberts, #146
                    PO Bloss, #149
                    PO Lawson, #193
                    PO Kohler, #158
                    PPO Searfoss, #185
                    PO D. Leppo, #148


Range Instructors:    Sgt. Stine, #65
                      PO1C Girling, #163  (PM Only)
                      PO D. Leppo, #148   (AM Only)

CPR Instructors:      PO Fells, #157

                                        _____
                                        William M. Hose
                                        Chief of Police

MAR 1992

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 01/06/92 | NUMB 92-0 |
|---|---|---|---|

| SUBJECT TRAINING ASSIGNMENT | DISTRIBUTION Capts. Hose, Smith, McMaster; Lts. McClain, Perelman, Downing, Vangree Sgts. Ressler, Swartz, Training, Records Personnel; Concerned Persons; |
|---|---|
| REFERENCE | SPECIAL INSTRUCTIONS |
| ENCLOSURE | RE-EVALUATION DATE | NO. |

The following officers will attend PR 24 and Pepper Mace Training at the Lincoln Fire Co. on Monday, January 13, 1991 from 0800 until 1600. Instructors for the PR 24 will be PO Arnold & Fetrow. PO1C Barth & PO Blemler will instruct the Pepper Mace class.

> PPO Veater, #128
>
> PPO Behm, #119
>
> PPO Freed, #136
>
> PPO Hill, #138
>
> PPO Heiser, #177
>
> PPO Buchkoski, #145
>
> PPO Koltunovich, #189

William M. Hose
Chief of Police

Note: the officers assigned to this training should bring a towel

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 12/2/91 | NUMBER 91-094- |
|---|---|---|---|

| SUBJECT | DISTRIBUTION Capts. Hose, Smith, McMaster; |
|---|---|
| TRAINING ASSIGNMENT | Lts. McClain, Perelman, Downing, Vangreen; Sgts. Ressler, Swartz, Training, Records; Personnel; Concerned Persons; |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|
|  |  |

| ENCLOSURE | RE-EVALUATION DATE | NO. PA |
|---|---|---|
|  |  |  |

Probationary Police Officers Curtis D. Behm, #119 and John M. Veater, #128 will be assigned to Field Training as follows:

| 12/16/91 - 01/05/92 | (3 weeks) | 7PM-3AM |
| 01/06/92 - 01/12/92 | (1 week) | Detective Bureau |
| 01/13/92 - 01/19/92 | (1 week) | 7AM-3PM |
| 01/20/92 - 02/09/92 | (3 weeks) | Community Police Squad |
| 02/10/92 - 03/22/92 | (6 weeks) | 11PM-7AM |
| 03/23/92 - 05/03/92 | (6 weeks) | 3PM-11PM |

Probationary Police Officers Brian D. Freed, #136 and Randall S. Hill, #118 will be assigned to Field Training as follows:

| 12/16/91 - 12/22/91 | (1 week) | Detective Bureau |
| 12/23/91 - 12/29/91 | (1 week) | 7AM-3PM |
| 12/30/91 - 02/09/92 | (6 weeks) | 3PM-11PM |
| 02/10/92 - 03/01/92 | (3 weeks) | 7PM-3AM |
| 03/02/92 - 03/22/92 | (3 weeks) | Community Police Squad |
| 03/23/92 - 05/03/92 | (6 weeks) | 11PM-7AM |

William M. Hose
Chief of Police

| | CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE GENERAL | EFFECTIVE DATE 05/01/88 | NUMBER 88-001-03 |
|---|---|---|---|---|

| SUBJECT | DISTRIBUTION |
|---|---|
| Administration of Discipline | All Police Personnel |

| REFERENCE | | SPECIAL INSTRUCTIONS | |
|---|---|---|---|
| (a) | IACP Managing for Effective Police Discipline, pp. 159-183 | Cancel GenO 83-013-03 | |
| (b) | GenO 81-003-02 dtd 8/1/81 | | |
| (c) | GenO 79-004 dtd 2/14/79 | | |
| (d) | Section 111.06, Investigations, Administrative Code of the City of York | RE-EVALUATION DATE 05/01/89 | NO. PAGES 7 |
| (e) | Section 121.04, Rules & Regulations, ibid. | | |
| (f) | Section 145.05, Manual of Rules, ibid. | | |

## I. PURPOSE

To establish policies and procedures for the administration of discipline within this department.

## II. POLICY

The Chief of Police is responsible for the administration of discipline within this department. With the exception of oral and written reprimands and temporary relief from duty, all disciplinary actions must be taken or approved by the Chief Police. The following procedures will govern disciplinary procedures for all police officers and nonunion support personnel.

## III. PRODECURES

### A. Penalities

The following penalties may be assessed against any member as disciplinary action:

1. **Docking of Pay**

   Any supervisor or commanding officer may send a member home to correct unsatisfactory personal appearance as defined in Rule B-38 of reference (b), and dock him or her for the time elapsed until he or she returns to duty.

2. **Oral Reprimand**

   Any supervisor or commanding officer may orally reprimand a subordinate. Such reprimands will be given in private and if they constitute counselling sessions for 1st level offenses, must be noted on commanding officers' reports for future reference.

   a. Reprimand shall be acknowledged by signatures, signed on the signature line, of recipient and supervisor.

EXHIBIT 4

GenO 88-001-03
5/1/88
Pg. 3

    b. Any member found guilty of committing a 4th level offense will be
       punished by a suspension from duty of from six (6) to ten (10)
       working days without pay by the Chief of Police

    c. Any member found guilty of committing a 5th level offense will be
       punished by a suspension from duty for up to thirty (30) working days
       without pay.

       (1) Suspension of a police officer in excess of ten (10) working
           days shall be by action of the City Council.

       (2) Suspension of support personnel in excess of ten (10) working
           days shall be by the Chief of Police

    d. An officer under suspension, including summary suspension, will
       surrender his or her shield, identification card, and service revolver
       to the Chief of Police or his designated representative for the
       duration of the suspension.  Support personnel under suspension will
       surrender their identification cards and any other indicia of authority

7. <u>Dismissal</u>

    Any member found guilty of committing a 6th level offense may be
    punished by dismissal.

    a. Dismissal of a police officer shall be by action of the
       City Council.

    b. Dismissal of support personnel shall be by the Chief of
       Police.

8. <u>Demotion</u>

    In addition to the above penalties, the Chief of Police may demote
    any superior officer or officer holding an exempt rank whose conduct
    as evidenced by being found guilty of a 3rd or higher level offense
    or continued unsatisfactory performance of duty as defined in Rule
    B-9, of reference (b) is not in keeping with the standards of leader-
    ship and/or performance of his or her rank.

    a. Superior officers holding permanent Civil Service rank may be
       demoted only after being found guilty by a Trial Board, unless
       they waive a Trial Board in favor of a hearing before the
       Chief of Police.

    b. Superior officers holding probationary or acting rank may be
       demoted to their permanent Civil Service rank after a hearing
       before the Chief of Police.

Gen0 88-001-03
5/1/88
Pg. 5

      (d) If no third member can be mutually agreed to within ten (10) working days by the appointees of the Police Chief and F.O.P. President, the third member will be picked by lot from the eligible names.

(2) <u>Notification</u>

All members selected to serve on the Trial Board will be contacted to determine their availability on the date set for the hearing. If any member is unable to serve, his or her name will be stricken and a replacement selected in the same manner as prescribed in Section III, C-3, a, (1) above.

b. <u>Scheduling</u>

The Trial Board shall provide the charged member with timely notice of the date, time, and place of the hearing, which shall be not more than thirty working days from the date of the charges unless criminal charges are pending against the member, in which case the hearing may be postponed until the conclusion of the criminal trial. The charged member may, prior to the hearing date, request and receive one continuance of not more than twenty additional working days.

c. <u>Counsel</u>

Both the department and the member on trial may be represented by counsel. The member on trial will be advised by the Trial Board that he or she may select any member equal or senior in rank, with the exception of his or her supervisor or commanding officer, members of the Trial Board, or Police Chief to act as his or her counsel; or the member may have an attorney or other responsible individual represent him or her at no cost to the City. The member on trial will advise the Trial Board of his or her selection.

d. <u>Right of discovery</u>

Counsel for both the department and the member on trial shall provide opposing counsel with copies of all investigative reports, statements, photographs, and other material to be introduced at the hearing, and a list of all witnesses to be called.

e. <u>Member's Duty Status</u>

All members of the Trial Board, the charged member, and any members serving as counsel for the department or the charged member, shall report for the hearing in lieu of their regularly scheduled duty assignments on the date scheduled.

f. <u>Evidence</u>

Both the department and the member on trial will be given ample time to present evidence and argument with respect to the issues involved. The Trial Board will give effect to the rules of privilege recognized by law, and may exclude incompetent, irrelevant, immaterial, and unduly repetitious testimony. All relevent documents which either party desires to see shall be offered and made a part of the record.

| | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | General | 01/29/99 | 99-001-002 |

| SUBJECT | DISTRIBUTION |
|---|---|
| Use of Force | All Police Officers |

| REFERENCE | SPECIAL INSTRUCTIONS | |
|---|---|---|
| | RE-EVALUATION DATE 01/29/00 | NO. PAGES 6 |
| ENCLOSURE  (1) Force Continuum | | |

## I.  POLICY

It is the policy of the York City Police Department that reasonable force is only that force necessary effect lawful objectives. Reasonable and necessary force will be used by officers to control a situatio effect an arrest, overcome resistance to arrest or defend themselves or another from bodily harm. Wh the use of force is necessary, it should be in direct relationship to the amount of resistance employ against the officer or the immediate threat a person poses to the officer or another. The use of force be progressive in nature and may be in the form of verbal, physical, less lethal, or lethal force. No offi will use unreasonable or excessive force toward any person. All sworn officers will be issued this poli instructed in this policy and be required to demonstrate their proficiency in the use of agency authoriz weapons including authorized firearms and less lethal weapons prior to being allowed to carry su weapons.

## II.  PURPOSE

This policy establishes guidelines and procedures to be used by officers of the Department whenever use of force is required.

## III.  A. Less Lethal Force

   1.   A police officer is justified in the use of force to effect lawful objectives he/she belie necessary to:

      a.   Effect an arrest or overcome resistance to arrest
      b.   Defend himself or another against the use of force
      c.   Control persons who are dangerous to themselves or others

   2.   The force used should be progressive in nature and shall include verbal force, physical force, the use of less lethal weapons, or any other means at the officer's disposal, provi they are reasonable under the circumstances.

      a.   Verbal Force--warnings, advice and persuasion, voice volume and tone control
      b.   Physical Force--actual physical bodily contact with a person and forcibly subduing person until resistance is overcome, excluding weapons or objects. Officers will no use physical force in excess of that necessary and reasonable to over-come resistance.



EXHIBIT

5

    c.    Less lethal weapons-.any weapon so designed that when deployed there is a less likely chance of death / serious bodily injury. Less Lethal Weapons may be a appropiate when verbal and physical force would be or would have been ineffective or inappropriate.

3.    Whenever an officer uses force other than verbal, a Use of Force report will be submitted as outlined in this policy.

4.    Officers shall ensure that prompt medical attention is provided to all persons in need of medical assistance.

B. Lethal Force

1.    An officer may use deadly force only when the officer reasonably believes that the action is in defense of human life. This would include the officers own life or in defense of any person in immediate danger of serious physical injury.

Definitions:

Reasonable belief -.The facts or circumstances the officer knows, or should know are such as to cause an ordinary and prudent person to act or think in a similar way under similar circumstances

Serious Physical Bodily Injury-A bodily injury that creates a substantial risk of death; causes serious, permanent disfigurement; or results in long term loss or impairment of the functioning of any bodily member or organ.

2.    Fleeing Felon-an officer is justified in using deadly force to prevent a person fleeing from arrest or police custody when the officer believes no other alternative exists to effect the arrest and reasonably believes that:

    a.    The person fleeing possesses a deadly weapon which they have used or indicates they will use or,

    b.    Presents an immediate risk to the community and immediate apprehension and needed to preserve community safety or;

    c.    The person fleeing has committed or attempted to commit a forcible felony. The forcible felony is a felony involving actual or threatened serious bodily injury. Forcible felonies are:

        1. Murder
        2. Voluntary Manslaughter
        3. Arson endangering persons
        4. Aggravated assault causing serious bodily injury.

4.   All sworn officers will be required to successfully complete a training and qualifications course twice a year as prescribed in separate general order concerning firearms/shotguns.

5.   Specialized weapons - The Department has in its possession certain specialized weapons, such as rifles, automatic weapons and tear gas. Only properly trained and authorized officers will be permitted to possess and use these weapons. Those weapons will be used in accordance with established departmental procedures

E.   Less Lethal Weapons

1.   While on duty, officers will only carry and use those less lethal weapons authorized and issued by the department.

2.   The baton / PR-24 / Asp will be the authorized and issued baton. Officers will receive training and certification for this weapon.

3.   The baton / PR-24 / Asp may be used to subdue an assailant and/or to defend the officer or another from attack.

4.   Officers will not intentionally direct blows to a subject's head or other lethal areas unless deadly force is warranted, nor will the baton / PR-24 / Asp be used to strike a handcuffed subject. Use of the baton / PR-24 / Asp will be in accordance with departmental guidelines.

5.   Officers will be issued and authorized to carry oleoresin capsicum spray, (OC spray) in aerosol containers.

F.   Reporting Procedures: Whenever an officer discharges a firearm, other than in training or for recreational purposes, a written report shall be submitted in accordance with the following procedure:

1.   No Injury or Death

a.   The officer discharging the firearm will immediately notify the shift supervisor whether on or off duty.

b.   The officer will submit the required incident report, explaining the details of the discharge to their Division Commander through the chain of command, prior to the end of their tour of duty. Off duty officers will report to Headquarters immediately after the incident to submit the report.

c.   The Division Commander will review and forward the reports with appropriate written comments to the Police Commissioner. Copies of the reports will be forwarded to Inspectional Services and the Professional Development Division

2.    Causing Injury or Death

a.    The officer discharging the firearm will immediately notify the shift supervisor. The shift supervisor will notify the Division Commander or the Officer In Charge. The Division Commander or Officer In Charge will notify the Police Commissioner and Inspectional Services.

b.    An Investigator will be assigned from the Investigative Services Division to assist in the investigation. The Investigator will submit a follow up report of the incident to the Operations Commander.

c.    Inspectional Services will conduct a separate investigation. Inspectional Services will not inhibit any criminal investigation taking place.

d.    Investigating officers will follow the established procedures regarding crime scenes, evidence collection and investigation. The officer will be taken immediately to Headquarters where the investigation will occur according to GO 89-001-03 III. C. 3. Interview of Members under Investigation. If the officer discharging the weapon is incapacitated the shift supervisor will file the necessary reports to the Operations Commander.

G.    Reporting Procedures - Use of Force (Physical Force and Less Lethal Weapon)

1.    Whenever an officer takes an action that results in the use of physical force, or alleged to have resulted in injury of another person; and/or applies force through the use of less lethal weapons, the following procedure will apply:

a.    The officer will immediately notify the shift supervisor. The supervisor will determine if Investigative Services should be notified.

b.    An Investigator from Investigative Services will be assigned in the investigation and to prepare charges if needed.

c.    The officer will complete the necessary reports detailing the use of force and the reasons for use and submit it supervisor prior to the end of his tour of duty. If the officer is incapacitated the shift supervisor will file the necessary reports.

d.    The shift supervisor will review the report, notify the Operations Commander and forward all reports to him.

e.    The Operations Commander will review the reports and forward them to the Police Commissioner whenever an internal investigation is deemed appropriate.

H.    Shooting Review Team

1.    GO 83-005-14 will govern this aspect of the use of force wherein firearms are used.

I.    Use of Force Resulting in Death or serious Physical Injury

    1.    An officer involved in an incident where the use of force resulted in a death or serious physical injury will be assigned to administrative duty or given administrative leave pending a complete investigation and review of the incident. This duty or leave will not be considered discipline taken against the officer, but rather relieving the officer from field duty while undergoing the emotional stress of having used deadly force.

    2.    A Psychologist interview is mandatory for all officers involved in a deadly force incident for consultation and/or treatment.

    3.    The period of time spent on administrative duty or leave will be determined by the Police Commissioner, upon the recommendation of the psychologist.

# YORK CITY POLICE DEPARTMENT

## USE OF FORCE REPORT

Lethal _____        Less- Lethal _____        UF Report # _____

DATE OF INCIDENT:                              TIME:

SUBJECT NAME_____

ADDRESS_____

DOB_____ AGE_____ SEX_____ RACE_____ HT_____ WT_____

SS#_____ ARRESTED: Y  N  CHARGES _____

LOCATION:

ARRESTING OFFICER _____

WEAPON USED:

Subject injured during police contact ?   Y    N
Describe injuries:

Treatment Provided :  Y  N       Reason:
Transported to:                  Transported by:
Treatment by: Dr.                Nurse

Subject admitted to Hospital:  Y  N       Treated and Released:  Y  N
Refused Treatment: Y  N                   Witness Name and Title:_____

Photos: Officers_____ Subject_____ Scene _____ Other_____
Photo / Prints to be delivered to:
Radio tape requested by supervisor: Y  N

Witnesses and addresses:

Officers on scene: List if on / off duty

Supervisors on scene:

Supervisors on duty:

## NARRATIVE

Describe the incident including the resistance used, behavior, conduct and verbal statements by the suspect.  Describe the officer's specific techniques / countermeasures used, eg: verbal directions, OC spray, impact weapons and the reason why the specific tactics were used.

Reporting Officer Signature:_____ Date:_____

Shift Commander Signature:_____ Date:_____

Division Commander Signature:_____ Date:_____