ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JODY K. BUTTS, individually and | : | |
| as parent and natural guardian for | : | |
| RASHUN SUNCAR and LEQUINN BUTTS, | : | NO.: 1:00-CV-1893 |
| Minors, and MARK A. MARTIN, JR., | : | |
| individually, | : | |
| **Plaintiffs** | : | |
| | : | **JURY TRIAL DEMANDED** |
| v. | : | |
| | : | |
| CITY OF YORK, OFFICER CURTIS D. | : | |
| BEHM, OFFICER NICHOLAS W. FIGGE, | : | |
| and POLICE COMMISSIONER HERBERT | : | |
| GROCIK, | : | |
| **Defendants** | : | |

FILED
HARRISBURG, PA

SEP 1 0 2002

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## UNSWORN DECLARATION OF HERBERT F. GROFCSIK

I, Herbert F. Grofcsik, do hereby state under penalty of perjury pursuant to 28 U.S.C. §1746 that the following is true and correct based upon my personal knowledge:

1.    I am currently the Police Commissioner of the City of York, a position I have held since January 17, 1996.

2.    The York City Police Department adopted a policy with respect to investigation of citizen complaints, General Order #89-001-03, "Investigation of Complaints," effective May 31, 1989.  Pursuant to that policy, every Complaint or allegation of misconduct against a member of the Police Department will be thoroughly investigated and the results of the investigation reduced to a written report.. basically, all complaints are taken by the Department, a complaint form is given to the complainant for filling out, an interview by the Internal Affairs Inspector is arranged, and full

investigation of the entire matter is undertaken, including interviews with involved officers and witnesses. A true and correct copy of General Order 89-001-03 is attached hereto and marked as Exhibit "1".

3.     In Pennsylvania, municipal police officer training is governed by state law. The legislature has enacted the Municipal Training and Education Law (Act 120 of 1974), which establishes the training requirements of all police officers employed by cities, towns, townships or counties throughout the Commonwealth.

4.     The York City Police Department has established guidelines for the professional training of all police officers, General Order #99-010-13, "Police Training" effective April 12, 1999. A true and correct copy of General Order #99-010-13 is attached hereto and marked as Exhibit "2".

5.     Upon employment as a police officer in the City of York, a new police officer undergoes a session of orientation training concerning the rules and regulations of the Department, their standard operating procedures, including detailed instructions in the rules of conduct and other applicable rules and procedures are reviewed with the new police officer.

6.     In addition to the initial orientation, each new police officer must complete a minimum of 520 hours of basic training at a certified police academy, participate in an 18 week field training program under the tutelage of a seasoned officer; and attend mandatory, annual in-service updates and other training dealing with various other aspects of police work. True and correct copies of the training records of the involved officers are attached and marked as Exhibit #3.

## CERTIFICATE OF SERVICE

I, Donald B. Hoyt, Esquire, Assistant Solicitor for the City of York, do hereby

certify that on this the ___9th___ day of September, 2002, I am serving a true and correct

copy of the attached **Unsworn Declaration of Herbert F. Grofcsik** upon the person(s)

indicated below, service by First-Class Mail, Postage Prepaid and Addressed as follows:

Peter B. Foster, Esquire
Pinskey and Foster
121 South Street
Harrisburg, PA 17101

Frank J. Lavery, Jr., Esquire
Lavery, Faherty, Young & Patterson
The Kunkel Building
301 Market Street, Suite 800
P.O. Box 1245
Harrisburg, PA 17108-1245

Donald B. Hoyt, Esquire
Assistant City Solicitor
Attorney I.D. #18061
One Marketway West; 3rd Floor
York, PA 17401-1231
(717) 849-2250

| | CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|---|
| | | GENERAL | 5/31/89 | 89-0Q1-03 |

| SUBJECT | DISTRIBUTION |
|---|---|
| Investigation of Complaints | All Police Personnel |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|
| (a) IACP managing for Effective Police Discipline, pp. 156-171;<br>(b) GenO 81-003-02 "Rules of Conduct"<br>(c) GenO 88-001-03, "Administration of Discipline" | Cancel GenO 79-004-03 |

| | RE-EVALUATION DATE | NO. PAGE |
|---|---|---|
| Enclosure<br><br>Citizen Complaint Report | Self-canceling | 1 |

I. PURPOSE

The accurate and unbiased investigation of complaints or allegations against members of a police department is one of the basic requirements of good law enforcement and effective public relations. Because the majority of our duties involve the regulation and control of human conduct, it must be expected that complaints will regularly be received from persons who feel that they have been subjected to unfair, unwarranted and occasionally criminal police actions. Regardless of its source, nature and apparent validity, each complaint must be thoroughly investigated and the complainant made aware of both the investigative process and the action taken, if any.

II. POLICY

Every complaint or allegation of misconduct against a member of this department will be thoroughly investigated and the results of the investigation reduced to a written report.

III. PROCEDURES

A. Receipt of Complaint or Allegation

1. Oral

Any member receiving an oral complaint or allegation against a member in person or by telephone will immediately refer the complainant to his or her superior officer.

a. Immediately upon receiving a complaint from a citizen, a superior officer will complete a Citizen Complaint Report (enclosure (1)) and obtain the complainant's signature thereon. The officer will then attempt to resolve the complaint by calling the member(s) involved to the station to discuss the matter with the complainant. In most cases, such a discussion will be the only action required to satisfy a complainant and resolve the matter without further investigation.

ALL-STATE LEGAL®

EXHIBIT

1

(2) In the event that a member has personal knowledge regarding the misconduct of any member of the Inspectional Services Division, such information shall be submitted directly to the Police Chief.

b. Any member having personal knowledge regarding the misconduct of another member who fails to report such information in the manner set forth herein is guilty of unbecoming conduct as defined in Rule A-2 of reference (b).

c. Allegations of misconduct made by any member against another member in any manner or form other than set forth herein constitute a violation of professional relationships as defined in Rule B-19 of reference (b).

d. Any member who knowingly makes any false, inaccurate, or misleading allegation of misconduct against another member is guilty of unbecoming conduct as defined in Rule A-2 of reference (b).

5. <u>Processing of Civilian Complaint Reports</u>

Every <u>Citizen Complaint Report</u>, whether or not resolved by discussion with the complainant and the member(s) involved, will be forwarded to the Inspectional Services Division and indexed according to the name(s) of the member(s) involved. The Inspector in Charge will conduct frequent audits of serially numbered <u>Citizen Complaint Report</u> forms to insure that all forms are accounted for at all times.

6. <u>Complaint To Be Signed and Sworn</u>

No complaint against a member alleging brutality shall be investigated by the Inspectional Services Division unless the complainant's statement is signed by the complainant, and duly sworn before an officer authorized to administer oaths.

7. <u>Superior Officers</u>

Superior officers in the course of their duties as supervisors may observe violations of the rules and regulations or become aware of misconduct by their subordinates. Superior officers shall prefer disciplinary charges against subordinates in accordance with General Order 81-003-01, "Rules of Conduct" and General Order 88-001-03, "Administration of Discipline."

a. Superior officers are defined as supervisors having the rank of sergeant, detective 1st class, or higher.

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE General | EFFECTIVE DATE 4/12/99 | NUMBER 99-010-13 |
|---|---|---|---|

| SUBJECT Police Training | DISTRIBUTION All Police Officers, Mayor, Solicitors |
|---|---|

| REFERENCE | | SPECIAL INSTRUCTIONS Replaces GenO 95-002-13 dtd 11/1/95 |
|---|---|---|

REFERENCE
(a)  Standard 7.4 "Training" Standards Relating to the Urban Police Function, American Bar Association;
(b)  Sec. 16 "Training," Report On Police Natl. Advisory Comm. On Criminal Justice Standards and Goals;
(c)  Chapter 3, "Police Training"; PA Standards for the Criminal Justice System;
(d)  Act No. 120 "Municipal Police Education and Training Program," Commonwealth of PA;
(e)  Unit 7C, "Field Training Procedures." IACP Police Reference Notebook, 2nd ed.

| ENCLOSURE None | RE-EVALUATION DATE 4/12/00 | NO. PAGE 3 |
|---|---|---|

## I. PURPOSE

To establish guidelines for the professional training of all police officers.

## II. POLICY

This department has a legal and moral obligation to provide the highest standard of professional police service to the City of York. In order to fulfill this responsibility, it is essential that all police officers be professionally trained to perform their duties. National standards for police training have been established by references (a) and (b), and standards for police training in the Commonwealth by reference (c). This department will develop and implement professional training programs meeting or exceeding these standards for all levels of personnel.

## III. PROCEDURES

### A. Preparatory Training

The probationary year of employment will include a lengthy training period consisting of the following phases:

1.  Initial Orientation

    This phase will commence immediately upon employment and continue until new officers are assigned to a police academy for basic training. The purpose of this phase is to provide officers with a comprehensive introduction to the City and departmental organization, rules and procedures. New officers will be briefed by the Mayor, all department heads and police division commanders, attend a City Council meeting, visit County Control, and receive detailed instructions in the Rules of Conduct and other applicable rules and procedures. Some orientation training may continue immediately after graduation from ACT 120 program.

2.  Basic Training

    This phase will commence upon completion of initial orientation and continue for a period of

- 1 -

EXHIBIT 2

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 3/7/01 | 01-056.20 |
|---|---|---|---|

| SUBJECT | DISTRIBUTION | Capts. Ressier, Swartz. Lts. McClain, Vangreen, Sullivan, Arnold, Veseth, Barbara Buchanan, Insp. Thompson, Traffic Safety. CPO, Training, Records. Personnel, Concerned Persons |
|---|---|---|

## TRAINING ASSIGNMENT

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO PAGES |
|---|---|---|
| | | **1** |

The following personnel will attend training entitled

Spring Firearms Qualifications

Location :    County FOP Range

Date :        Friday June 8, 2001

Time :        8:00 AM to 4:00 PM

    Sgt. Roy Kohler
    Sgt. Daniel Aikey
    PO Alan Good
    PO Nicholas Figge
    PO Jennifer Harrison
    PO Larry Lawrence
    PO Derek Hartman

_____
Herbert F. Grofcsik
Police Commissioner

EXHIBIT

3

ALL-STATE LEGAL®



| | TYPE | EFFECTIVE | NUMBER |
|---|---|---|---|
| **CITY OF YORK, PENNSYLVANIA**<br>**POLICE DEPARTMENT** | **SPECIAL** | **01/24/01** | **01-019.20** |

| SUBJECT | DISTRIBUTION | Capts. Ressler, Swartz, Lts. McClain, Vangreen, Sullivan, Arnold, Acting Lt. Veseth, Insp. Thompson, Traffic Safety. CPO, Training, Records, Personnel, Concerned Persons |
|---|---|---|
| **TRAINING ASSIGNMENT** | | |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|
| | |

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|
| | | **1** |

The  following personnel will attend training entitled

AED Training
    Sponsored by the American Heart Association

    Location :    Country Club of York
                  1400 Country Club Road
                  York, PA

    Date :        February 2, 2001

    Time :        8:00AM to 10:00AM

Lt. Ronald McClain
Det. William Follmer
Cpl. Kevin Wharton
PO William Wentz
PO Hugh Poole
PO Steven Nicholas
PO Nicholas Figge
PO Scott Nadzom
Crime Prevention Officer Kate Seitz Bortner

RECEIVED
JAN 2 6 2001
Y.C.P.D.
RECORDS

*Herbert F. Grofcsik*
Herbert F. Grofcsik
Police Commissioner

| | | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|---|
| **CITY OF YORK, PENNSYLVANIA**<br>**POLICE DEPARTMENT** | | **SPECIAL** | 08/07/00 | 00-083.20 |

| SUBJECT | DISTRIBUTION   Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons |
|---|---|

# TRAINING ASSIGNMENT

| REFERENCE | SPECIAL INSTRUCTIONS : |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|
| | | 1 |

The following personnel will attend training entitled:

Mandatory In Service Training 2000

Legal Updates
Survival Tactics for Injured Officers
Case Preparation for Summary Trials and Preliminary Hearings

Location :    Lincoln Way Fire Company
300 East Berlin Road

Dates and Hours :  September 18th        0800 hrs. - 1630 hrs.
September 19th        0830 hrs. - 1600 hrs.

Lt. Vangreen    (OIC)          Det. Spence
Sgt. Blemler                   PO Figge
Cpl. Concepcion                PO Kelly
Cpl. Lowe                      PO Tison
Det. Camacho                   PO Wesnak

Herbert F. Grofcsik,
Police Commissioner

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE **SPECIAL** | EFFECTIVE DATE 08/26/99 | NUMBER 99-106.20 |
|---|---|---|---|

**SUBJECT**

**TRAINING ASSIGNMENT**

**DISTRIBUTION**   Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons

**REFERENCE**

**SPECIAL INSTRUCTIONS**
:

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

**1**

---

**Revision 09/16/99**

The following personnel will attend training entitled:

Spillman Technologies Hub Training
     Inquiry and Reports

Location :   City of York
          Economic Development Conference Room
          14 W. Market St.

Dates :     September 22nd - 23rd , 1999

Hours :    0800 hrs. - 1700 hrs.

Capt. Ressler (OIC)
Capt. Swartz
Lt. Sullivan
Sgt. Butler
Cpl. Fuentes
Cpl. Knauer
Cpl. Lowe
Cpl. Wharton

Det. Camacho
PO Bloss
PO Figge
PO Goshen
Patricia Miller
Sharon Thurston
Tammy Souders

Herbert F. Grofcsik,
Police Commissioner



| | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| **CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT** | **SPECIAL** | 08/26/99 | 99-106.20 |

**SUBJECT**

**TRAINING ASSIGNMENT**

**DISTRIBUTION** Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons

**REFERENCE**

**SPECIAL INSTRUCTIONS** :

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

1

---

The following personnel will attend training entitled:

Spillman Technologies Hub Training
        Inquiry and Reports

Location :   City of York
             Economic Development Conference Room
             14 W. Market St.

Dates :      September 15th  -  16th , 1999

Hours :      0800 hrs.  -  1700 hrs.

Capt.  Ressler (OIC)        PO  Goshen
Capt.  Swartz               PO  Hansen
Lt.  Sullivan               PO  Markley
Sgt.  Butler                PO  Poole
Cpl.  Knauer                Patricia Miller
Cpl.  Lowe                  Sharon Thurston
Cpl.  Wharton               Tammy  Souders
PO  Figge

*Herbert F. Grofcsik*
Herbert F. Grofcsik,
Police Commissioner



CITY OF YORK, PENNSYLVANIA
POLICE DEPARTMENT

| | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | **SPECIAL** | 08/26/99 | 99-106.20 |

**SUBJECT**

## TRAINING ASSIGNMENT

**DISTRIBUTION** Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons

**REFERENCE**

**SPECIAL INSTRUCTIONS**

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

1

Revision 09/16/99

The following personnel will attend training entitled:

Spillman Technologies Hub Training
        Inquiry and Reports

Location :    City of York
              Economic Development Conference Room
              14 W. Market St.

Dates :       September 22nd - 23rd , 1999

Hours :       0800 hrs. - 1700 hrs.

Capt.  Ressler (OIC)          Det.  Camacho
Capt.  Swartz                 PO  Bloss
Lt.  Sullivan                 PO  Figge
Sgt.  Butler                  PO  Goshen
Cpl.  Fuentes                 Patricia Miller
Cpl.  Knauer                  Sharon Thurston
Cpl.  Lowe                    Tammy  Souders
Cpl.  Wharton

Herbert F. Grofcsik,
Police Commissioner



| | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| **CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT** | **SPECIAL** | 03/31/99 | 99-044.20 |

| SUBJECT | DISTRIBUTION    Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, |
|---|---|
| **TRAINING ASSIGNMENT** | Training, Records, Personnel, Concerned Persons |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|
| | : |

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|
| | | 1 |

The following personnel will attend training entitled:

Spring Firearms Qualifications
York County F.O.P. # 73 Firearms Range

Friday , April 9, 1999                    0800 hrs.  - 1600hrs.

Lt. Arnold                        PO Blymier
Sgt. Stine                        PO Clarkson
DIC Roberts                       PO Goshen
Cpl. Aikey                        PO Levinsky
Cpl. Brewster                     PO Nadzom
Det. Ward                         PO Shaffer
PO Behm                           PO Wentz
PO Bloss

Equipment needed : Duty weapon and all issued magazines
                   Duty gunbelt with inner belt
                   Pants which will accomodate duty belt
                   Gun cleaning equipment

Herbert F. Grofcsik,
Police Commissioner

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE **SPECIAL** | EFFECTIVE DATE 02/23/99 | NUMBER 99-022.20 |
|---|---|---|---|

| SUBJECT **TRAINING ASSIGNMENT** | DISTRIBUTION   Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS : |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES 1 |
|---|---|---|

The following personnel will attend training entitled:

Mandatory In Service Training 1999

    Legal Updates
    Career and Personal Survival
    Conflict Resolution for Police

Location :   Lincolnway Fire Company
           300 East Berlin Rd.

Dates and Hours :   March 18th    0800 hrs. - 1630 hrs.
                 March 19th    0830 hrs. - 1600 hrs.

| | |
|---|---|
| Lt.  McClain (OIC) | Det.  Hose |
| Sgt.  Barth | Det.  Spence |
| Sgt.  Fells | Det.  Walker |
| DIC Williams | Det.  Ward |
| Cpl.  Brewster | PO Behm |
| Cpl.  Wm. Brown | PO Levinsky |
| Cpl.  Concepcion | PO Miller |
| Cpl.  O'Neil | PO Muldrow |
| Cpl.  Utley | PO Nestor |
| Cpl.  Wharton | PO Poole |
| Det.  Camacho | PO Tschopp |
| Det.  Follmer | PO Wentz |

Herbert F. Grofcsik
Police Commissioner



| | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| **CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT** | **SPECIAL** | 02/23/99 | 99-023.20 |

**SUBJECT**

## TRAINING ASSIGNMENT

**DISTRIBUTION** Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons

**REFERENCE**

**SPECIAL INSTRUCTIONS**

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

1

The following personnel will attend training entitled:

Mandatory In Service Training 1999
     Legal Updates
     Officer Safety IX
     Conflict Resolution for Police
Location :   Spring Garden Twp. Police Dept.
        340 Tri Hill Rd.

Dates and Hours :  April 22nd     0800 hrs. - 1630 hrs.
                 April 23rd     0830 hrs. - 1600 hrs.

| | |
|---|---|
| Lt.  Vangreen (OIC) | PO Daniels |
| Sgt.  Beveridge | PO DeHart |
| Sgt.  Butler | PO Figge |
| Sgt.  Kohler | PO Good |
| Sgt.  Mehring | PO Goodwin |
| Sgt.  Veseth | PO Hibner |
| DIC Daryman | PO Johnson |
| DIC Roberts | PO Kling |
| DIC Rohrbaugh | PO Koltunovich |
| Cpl.  Fuentes | PO Lawson |
| Cpl.  Losty | PO Markley |
| Cpl.  Luchko | PO Pace |
| Cpl.  Hernandez | PO Rosier |
| Cpl.  T. Ross | PO S. Ross |
| PO Blymier | PO Seelig |
| PO Buchkoski | PO Stevens |

Herbert F. Grofcsik
Police Commissioner



| | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | **SPECIAL** | 02/03/99 | 99-010.20 |

| SUBJECT | DISTRIBUTION |
|---|---|
| **TRAINING ASSIGNMENT** | Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|
| | : |

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|
| | | 1 |

The following personnel will attend training entitled:

Verbal Judo

Location :   Horticultural Hall
            York Fairgrounds
Dates :     February 16 - February 17, 1999
Hours :     0800 hrs. - 1600 hrs.

Lt. Vangreen (OIC)          PO Buchkoski
Insp.  Thompson             PO Figge
Sgt.  Barth                 PO Goshen
Sgt.  Blemler               PO Hibner
Sgt.  Girling               PO Johnson
DIC Williams                PO Kelly
Cpl.  Wm. Brown             PO Peddicord
Cpl.  O'Neil                PO Rosier
Cpl.  Utley                 PO Shaffer
Det.  Camacho               PPO Devereaux
Det.  Hose                  PPO Cromer
Det.  Follmer               PPO Hooper
PO Behm                     PPO Rosario
PO Blymier                  PPO Shermeyer

Herbert F. Grofcsik,
Police Commissioner

| | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| **CITY OF YORK, PENNSYLVANIA**<br>**POLICE DEPARTMENT** | **SPECIAL** | 02/03/99 | 99-010.20 |

| SUBJECT | DISTRIBUTION  Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, |
|---|---|
| **TRAINING ASSIGNMENT** | Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons |

| REFERENCE | SPECIAL INSTRUCTIONS : |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|
| | | 1 |

The following personnel will attend training entitled:

### REVISION ( 02/12/99)

Verbal Judo

Location :    Horticultural Hall
York Fairgrounds

Dates :    February 16 - 17 , 1999

Hours :    0800 hrs. - 1600 hrs.

| | |
|---|---|
| Lt. Vangreen (OIC) | PO Figge |
| Insp. Thompson | PO Good |
| Sgt. Barth | PO Goshen |
| Sgt. Blemler | PO Hansen |
| Sgt. Girling | PO Kelly |
| Sgt. Stine | PO Lawson |
| DIC  Williams | PO Nicholas |
| Cpl. Wm. Brown | PO Peddicord |
| Cpl. O'Neil | PO Rosier |
| Cpl. Losty | PO Seelig |
| Cpl.. Utley | PO Shaffer |
| Det. Hose | PPO Devereaux |
| Det. Follmer | PPO Hooper |
| PO Behm | PPO Rosario |
| PO Blymier | PPO Shermeyer |
| PO Buchkoski | |

RECEIVED

FEB 1 2 1999

Y.C.P.D.
RECORDS

| | | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|---|
| **CITY OF YORK, PENNSYLVANIA**<br>**POLICE DEPARTMENT** | | **SPECIAL** | 01/07/99 | 99-.001.20 |

| SUBJECT | DISTRIBUTION  Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, |
|---|---|
| **TRAINING ASSIGNMENT** | Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons |

| REFERENCE | SPECIAL INSTRUCTIONS | |
|---|---|---|
| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
| | | 1 |

The following personnel will attend training entitled:

ASP Training and Certification

Location : Lincoln Fire Company
                 Roosevelt Ave.  at Maryland Ave.


Date :        January 15, 1999


Hours :       0800 hrs. - 1600 hrs.


              Instructors :  Sgt. Kohler , Cpl. McBride


Sgt.   Fells                     PO Muldrow
Cpl.   Brewster                  PO Pace
Cpl.   Kleynen                   PO Poole
Cpl.   Losty                     PO Riccobono
PO     Figge                     PO Seelig
PO     Goodwin                   PO Veater
PO     Hibner                    PO Wentz


Herbert F. Grofcsik,
Police Commissioner

| | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| **CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT** | **SPECIAL** | 06/10/98 | 98-063.20 |

SUBJECT

DISTRIBUTION  Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons

# TRAINING ASSIGNMENT

REFERENCE

SPECIAL INSTRUCTIONS

ENCLOSURE

RE-EVALUATION DATE

| NO. PAGES |
|---|
| 1 |

The following personnel will attend training entitled:

Mandatory In Service Training 1998

    Updates
    Officer Safety Awareness VIII
    Ethics

Location :   Northern York County Regional Police Dept.

Dates and Hours :  September 2nd      0800 hrs. - 1630 hrs.
                September 3rd      0830 hrs. - 1600 hrs.


Sgt. Barth                PO Camacho (9/3 only)
Sgt. Stine                PO Figge    (9/2 only)
Cpl. Brewster          PO Hibner
Cpl. Concepcion       PO Levinsky
PO  Behm             PO Tison

Herbert F. Grofcsik,
Police Commissioner

| | CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 03/30/98 | NUMBER 98-048.20 |
|---|---|---|---|---|

| SUBJECT | DISTRIBUTION   Capts. Ressler, Swartz, Lts. McClain, Downing, Vangreen, |
|---|---|
| **TRAINING ASSIGNMENT** | Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|
| | |

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|
| | | 1 |

The following personnel will attend training entitled:

Spring Firearms Qualifications
York County F.O.P. # 73 Firearms Range

Friday , April 24 , 1998          0800hrs.  1600 hrs.

Capt. Swartz                    PO Behm
Lt. Vangreen                    PO Bloss
D1C Daryman                     PO Camacho
D1C Williams                    PO Daniels
Cpl. Aikey                      PO Santiago
Cpl. Brewster                   PO Spence
Cpl. Fuentes
Cpl. Losty

Equipment Needed : Duty weapon and all issued magazines
                   Duty gunbelt with inner belt
                   Pants which will accomodate the duty belt
                   Gun cleaning equipment

    Detectives and Officers permanently assigned to plain clothes duty
Shall use the holster they wear on duty.

Herbert F. Grofcsik,
Police Commissioner



| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 03/30/98 | NUMBER 98-052.20 |
|---|---|---|---|

**SUBJECT.**

# TRAINING ASSIGNMENT

**DISTRIBUTION** Capts. Ressler, Swartz, Lts. McClain, Downing, Vangree Stabley, Sullivan, Arnold, Insp. Thompson, Traffic Safety, CPO, Training, Records, Personnel, Concerned Persons

**REFERENCE**

**SPECIAL INSTRUCTIONS**

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

1

The following personnel will attend training entitled:

Spring Firearms Qualifications
York County F.O.P. # 73 Firearms Range

Friday, May 29, 1998                    0800 hrs. - 1600 hrs.

Lt. Downing                             Det. Roberts
Lt. Stabley                             PO Figge
Sgt. Barth                              PO Goodwin
Sgt. Kohler                             PO Nicholas
Cpl. Kleynen                            PO Pace
Cpl. Luchko                             PO Searfoss
Det. J. McBride                         PO Wharton

**Equipment Nedded :**     Duty weapon and all issued magazines
                           Duty gunbelt with inner belt
                           Pants which will accomodate the duty belt
                           Gun cleaning equipment

Herbert L. Grofcsik,
Police Commissioner

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE **SPECIAL** | EFFECTIVE DATE 09/12/97 | NUMBER 97-O 65.20 |
|---|---|---|---|

| SUBJECT | DISTRIBUTION |
|---|---|
| **TRAINING ASSIGNMENT** | Capt. Ressler, Lts. McClain, Downing, Vangreen, Stabley, Swartz, Arnold, Insp. Thompson, Traffic Safety, CPO, DV, Training Records, Personnel, Concerned Persons |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|
| | |

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES 1 |
|---|---|---|

The following personnel will attend training entitled:

Fall Firearms Qualifications/CPR Certification
York County F.O.P. #73 Firearms Range/Lincoln Fire Co.
Friday, September 12th, 1997
0800-1800hrs.  Note: Training begins promptly at 0800hrs

The following personnel will report to the firearms range at 0800hrs and Lincoln Fire Co, at 1300 hrs:

Sgt Brunner                  PO Lowe
Sgt Mehring(CPR only)        PO T Ross
Sgt Conklin                  PO Figge
Cpl Brown                    CO Groff(CPR only)
PO Fetrow

The Following personnel will report to CPR training at the Lincoln Fire Co. at 0800hrs and the firearms range at 1300hrs:

Com Grofcsik(CPR only)       PO Behm
Lt    Arnold                 PO Camacho
Sgt   Blemler                PO Hibner
Det   Follmer                PO Goshen
Cpl    Brewster

Range Instructors: Cpl Utley & PO Buchkoski
CPR Instructors:   PO Daniels & Knauer

Equipment Needed: Duty weapon and all issued magazines
                  Duty gun belt with inner belt
                  Pants- MUST accommodate the inner belt and it must be worn.
                  Body Armor, Gun cleaning equipment

Herbert F. Grofcsik,
Police Commissioner

| | **CITY OF YORK, PENNSYLVANIA**<br>**POLICE DEPARTMENT** | TYPE<br>**SPECIAL** | EFFECTIVE DATE<br>03/17/97 | NUMBER<br>97-036-20 |
|---|---|---|---|---|

| SUBJECT<br>**TRAINING ASSIGNMENT** | DISTRIBUTION    Lts. McClain, Downing, Stabley, Vangreen, Swartz,<br>Ressler, Insp. Thompson, Sgt. Brunner, CPO, DV,<br>Traffic Safety, Training, Records, Personnel |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES<br>1 |
|---|---|---|

The following personnel will attend training entitled:

Spring Firearms Qualifications
York County F.O.P #73 Firearms Range
Friday        April 11, 1997
08:00 - 16:00      Training begins promptly at 08:00

D1C Williams
Cpl. Fuentes
Cpl. B. McBride
PO Levinsky
PO Muldrow
PO Lawson
PO Knauer
PO Searfoss
PO Kleynen

PO Poole
PO Wharton
PO Figge
PO Lowe
PO Pace
PO Stevens
PO Goodwin
PO Corley
PO Johnson

**EQUIPMENT NEEDED:**    Duty weapon and all issued magazines
Duty gunbelt with inner belt
Pants which will accommodate the inner belt, (uniform pants,
BDU's, jeans).  Pants <u>must</u> accommodate the inner belt, and it
must be worn while qualifying.
Body Armor
Gun cleaning equipment
Detectives and Officers permanently assigned to plain clothes duty shall use the
holster they wear on duty..

Herbert F. Grofcsik,
Police Commissioner

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE **SPECIAL** | EFFECTIVE DATE 03/17/97 | NUMBER 97-041-20 |
|---|---|---|---|

| SUBJECT **TRAINING ASSIGNMENT** | DISTRIBUTION  Lts. McClain, Downing, Stabley, Vangreen, Swartz Ressler, Insp. Thompson, Sgt. Brunner, CPO, DV, Traffic Safety, Training, Records, Personnel |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES 1 |
|---|---|---|

The following personnel will attend training entitled:

Spring Firearms Qualifications
York County F.O.P #73 Firearms Range
Friday            May 9, 1997
08:00 - 16:00      Training begins promptly at 08:00

Sgt. Mehring                     PO  Behm
Sgt. Blemler                     PO Nadzom
PO Hernandez                     PPO Kelly

EQUIPMENT NEEDED:    Duty weapon and all issued magazines
Duty gunbelt with inner belt
Pants which will accommodate the inner belt, (uniform pants, BDU's, jeans).  Pants <u>must</u> accommodate the inner belt, and it must be worn while qualifying.
Body Armor
Gun cleaning equipment
Detectives and Officers permanently assigned to plain clothes duty shall use the holster they wear on duty..

Herbert F. Grofcsik,
Police Commissioner

Case 1:00-cv-01893-CCC   Document 31   Filed 09/16/2002   Page 25 of 66



CITY OF YORK, PENNSYLVANIA
POLICE DEPARTMENT

| | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| | SPECIAL | 01/28/97 | 97-022-20 |

JECT

**TRAINING ASSIGNMENT**

DISTRIBUTION        Lts. McClain, Downing, Stabley,
Vangreen, Ressler, Swartz, Insp. Thompson, 7P-3A Shift,
CPO, DV, Traffic Safety, Training, Records, Personnel

ERENCE

SPECIAL INSTRUCTIONS

LOSURE

RE-EVALUATION DATE

NO. PAGES

1

The following personnel will attend training entitled Standardized Field Sobriety Test Practioner, to be held at the Lincolnway Fire Company, West Manchester Township. Training dates shall be February 10 - 13, 1997.  Course hours are 08:00 - 16:30.


Cpl. Steven Butler
PO Nicholas Figge


Herbert F. Grofesik
Police Commissioner

| | CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 01/17/97 | NUMBER 97-001-20 |
|---|---|---|---|---|

**UBJECT**

# TRAINING ASSIGNMENT

**DISTRIBUTION** Lts. McClain, Downing, Stabley, Vangreen, Ressler, Swartz, Insp. Thompson, 7P-3A Shift, CPO, DV, Traffic Safety, Training, Records, Personnel

**EFERENCE**

**SPECIAL INSTRUCTIONS**

**NCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

1

# REVISION

The following personnel will attend 1997 Mandatory In Service Training. to be held Februa 3 - 4, 1997 at the Spring Garden Township Police Department.  The course and hours are follows:

| 2/3/97 | Section 34861 | Interview and Interrogation |
| 2/4/97 | Section 34862 | Updates |
| 2/4/97 | Section 34863 | Officer Safety Awareness VII |

Comm. Grofcsik
Lt. Swartz
Insp. Thompson
Sgt. Stine
Sgt. Veseth
Sgt. Fells
D1C Williams
Cpl. Fuentes
Cpl. Brewster
Cpl. Losty
Cpl. Utley
Det. Ward
Det. George

PO J. Brown
PO Good
PO Kling
PO Hernandez
PO Behm
PO Markley
PO S. Ross
PO Poole
PO Figge
PO Johnson
PO Seelig

Herbert F. Grofcsik
Police Commissioner

| | CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | EFFECTIVE DATE 1/8/97 | NUMBER 97-014-20 |
|---|---|---|---|---|
| SUBJECT TRAINING ASSIGNMENT | | Distribution: Lt. McClain, Ressler, Swartz, Vangreen, Stabley, Downing, Insp. Thompson, 7PM-3AM Shift, CPO Div, DV Div, Traff Saf., Training File, Records, Personnel | | |
| REFERENCE | | SPECIAL INSTRUCTIONS | | |
| ENCLOSURE | | RE-EVALUATION DATE | | NO. PAGES |

The following personnel will attend training entitled Advanced Interview and Interrogation,, to be held Fe
25-26, 1997 in Room N-211 at HACC. The hours are 0800-1600.

      Cpl   Concepcion
      PO    Beveridge
      PO    Behm
      PO    Harrison
      PO    Nadzom


      Herbert F. Grofcsik
      Police Commissioner


HFG/MRD

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 1/1/97 | 97-001-20 |
|---|---|---|---|

**SUBJECT**

# TRAINING ASSIGNMENT

**Distribution:**
Lt. McClain, Ressler, Swartz, Vangreen, Stabley,
Downing, Insp. Thompson, 7PM-3AM Shift,
CPO Div, DV Div, Traff Saf., Training File,
Records, Personnel

**REFERENCE**

**SPECIAL INSTRUCTIONS:**

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

The following personnel will attend 1997 mandatory In Service Training, to be held February 3-4, 1997 at the Spring Garden Twp Police Department. The courses and hours are as follows:

| | | |
|---|---|---|
| 2/3/97 | Section 34861 | Interview and Interrogation |
| 2/4/97 | Section 34862 | Updates |
| 2/4/97 | Section 34863 | Officer Safety Awareness VII |

| | | | |
|---|---|---|---|
| Comm. | Grofcsik | PO | J. Brown |
| Lt. | Stabley | PO | Good |
| Lt. | Swartz | PO | Levinsky |
| Insp. | Thompson | PO | Kling |
| Sgt | Stine | PO | Hernandez |
| Sgt. | Veseth | PO | Beveridge |
| Sgt. | Fells | PO | Behm |
| D1C | Williams | PO | Buchkoski |
| Cpl. | Fuentes | PO | Markley |
| Cpl. | Brewster | PO | S. Ross |
| Cpl. | Losty | PO | Poole |
| Cpl. | Utley | PO | Figge |
| Det. | Ward | PO | Johnson |
| Det. | George | PO | Seelig |

*Herbert F. Grofcsik*
Herbert F. Grofcsik
Police Commissioner

HFG/MRD

| | CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 10/25/96 | 96-130-20 |
|---|---|---|---|---|

**SUBJECT**

# TRAINING ASSIGNMENT

**Distribution:**
Lt. McClain, Ressler, Swartz, Vangreen, Stabley, Downing, Insp. Thompson, 7PM-3AM Shift, CPO Div, DV Div, Traff Saf., Training File, Records, Personnel

**REFERENCE** | **SPECIAL INSTRUCTIONS**

**ENCLOSURE** | **RE-EVALUATION DATE** | **NO. PAGES**

---

The following personnel will attend the fall re-certification training for 1996 First Aid and CPR. The class will be held at the Lincoln Fire Company, Roosevelt and Maryland Avenues from 0900-1700 hours on Monday November 11, 1996. Jeans and BDU's are acceptable for this training.

INSTRUCTORS :  PO MARKLEY & PO DANIELS

        Lt. McClain
        Sgt. Hill
        Cpl. Brown
        Cpl. Utley
        Cpl. Butler
        PO Stambaugh
        PO Tschopp
        PO Behm
        PO Buchkoski
        PO Lowe
        PO Figge
        PO Goodwin

Herbert F. Grofcsik
Police Commissioner

HFG/MRD

| | CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 07/19/96 | NUMBER 96-088-20 |
|---|---|---|---|---|

| SUBJECT TRAINING ASSIGNMENT | DISTRIBUTION LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN STABLEY & DOWNING; INSP. THOMPSON; SGTS. BRUNNER & CONKLIN; CONCERNED PERSONS; TRAINING FILE; RECORDS PERSONNEL |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|

The following personnel will attend Drug Investigation, to be held at HACC, Room N-211 on September 24-26, 1996 from 0800-1600 hours.

|  |  |  |
|---|---|---|
| CPL | O'Neil | # 86 |
| PO | Searfoss | # 186 |
| PO | Behm | # 119 |
| PO | Herrnandez | # 182 |
| PO | J. Veater | # 128 |
| PO | King | # 180 |
| PO | Johnson | # 184 |

Herbert F. Grofcsik
Police Commissioner

** CPL O'Neil will be OIC and will arrange with Lt. McClain for transportation

| | CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 07/19/96 | NUMBER 96-089-20 |
|---|---|---|---|---|

| SUBJECT TRAINING ASSIGNMENT | DISTRIBUTION LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN STABLEY & DOWNING; INSP. THOMPSON; SGTS. BRUNNER CONKLIN; CONCERNED PERSONS; TRAINING FILE; RECORDS PERSONNEL |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|

The following personnel will attend DUI and Case Preparation, to be held at HACC, Room N-211 on September 30, 1996 from 0800-1600 hours.

| PO | Markley | # 104 |
|---|---|---|
| PO | Nicholas | # 131 |
| PO | Figge | # 136 |
| PO | Lowe | # 132 |
| PO | Nadzom | # 180 |

Herbert F. Grofcsik
Police Commissioner

** PO Markley will be OIC and will arrange with Lt. McClain for transportation

Case 1:00-cv-01893-CCC    Document 31    Filed 09/10/2002    Page 32 of 66

| | | | | | |
|---|---|---|---|---|---|
| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | | SPECIAL | | 07/19/96 | 96-084-20 |

SUBJECT

# TRAINING ASSIGNMENT

DISTRIBUTION LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOMPSON; SGTS. BRUNNER & CONKLIN; CONCERNED PERSONS; TRAINING FILE; RECORDS; PERSONNEL

REFERENCE

SPECIAL INSTRUCTIONS

ENCLOSURE

RE-EVALUATION DATE

NO. PAGES

The following personnel will attend Latent print Processing,  to be held at HACC, Room N-211 on September11-12, 1996 from 0800-1600 hours.

| | | |
|---|---|---|
| CPL | O'Neil | # 86 |
| CPL | Kahley | # 90 |
| PO | Hernandez | # 182 |
| PO | Figge | # 136 |
| PO | Harrison | # 118 |
| PPO | Camacho | # 137 |
| PPO | Corley | # 144 |

Herbert F. Grofcsik
Police Commissioner

** Cpl.  O'Neil is OIC and will arrange with Lt. McClain for transportation

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 07/19/96 | NUMBER 96-092-20 |
|---|---|---|---|

| SUBJECT | DISTRIBUTION LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN |
|---|---|
| **TRAINING ASSIGNMENT** | STABLEY & DOWNING; INSP. THOMPSON; SGTS. BRUNNER & CONKLIN; CONCERNED PERSONS; TRAINING FILE; RECORDS PERSONNEL |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|

The following personnel will attend Courtroom Presentation, to be held at HACC, Room N-206 on October 22-23, 1996 from 0800-1600 hours.

| | |
|---|---|
| PO Hose | # 103 |
| PO Behm | # 119 |
| PO Johnson | # 184 |
| PO Camacho | # 137 |

Herbert F. Grofcsik
Police Commissioner

Case 1:00-cv-01092-CCC   Document 31   Filed 09/10/2002   Page 34 of 66

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 02/19/96 | 96-029-29 |
|---|---|---|---|

| SUBJECT | DISTRIBUTION LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN, |
|---|---|
| **TRAINING ASSIGNMENT** | STABLEY, & DOWNING; INSP. THOMPSON; SGTS. BRUNNER & CONKLIN; CONCERNED PERSONS; TRAINING FILE; RECORDS PERSONNEL |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|
| | |

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|
| | | |

The following personnel will attend "Vehicle Search and Seizure", to be held March 15, 1996 at The Department of Veteran Affairs, 1700 South Lincoln Avenue, Lebanon, Pa. The times will be 0900-1600 hours in building 22, 2nd floor classroom. TIPS is co-hosting this seminar.

| Cpl. | B. | McBride | # 167 |
|---|---|---|---|
| PO | | O'Neil | # 138 |
| PO | | Fetrow | # 140 |
| PO | | Behm | # 119 |
| PO | J. | Veater | # 128 |
| PO | | Wentz | # 176 |
| PO | | Figge | # 136 |
| PPO | | Harrison | # 118 |

Herbert F. Grofcsik
Police Commissioner

HFG/mrd



| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | 02/16/96 | NUMBER 96-029-20 |

SUBJECT

# TRAINING ASSIGNMENT

DISTRIBUTION LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY, & DOWNING; INSP. THOMPSON; SGTS. BRUNNER & CONKLIN; CONCERNED PERSONS; TRAINING FILE; RECORDS; PERSONNEL

REFERENCE | SPECIAL INSTRUCTIONS

ENCLOSURE | RE-EVALUATION DATE | NO. PAGES

---

The following personnel will attend "Vehicle Search and Seizure", to be held March 15, 1996 at The Department of Veteran Affairs, 1700 South Lincoln Avenue, Lebanon, Pa. The times will be 0900-1600 hours in building 22, 2nd floor classroom. TIPS is co-hosting this seminar.

| Cpl. | B. | McBride | # 167 |
| PO | | O'Neil | # 138 |
| PO | | Fetrow | # 140 |
| PO | | Behm | # 119 |
| PO | J. | Veater | # 128 |
| PO | | Wentz | # 176 |
| PO | | Figge | # 136 |
| PPO | | Harrison | # 118 |

Herbert F. Grofcsik
Police Commissioner

HFG/mrd

Case 1:00-cv-01893-CCC    Document 31    Filed 09/10/2002    Page 36 of 66

| | CITY OF YORK, PENNSYLVANIA<br>POLICE DEPARTMENT | SPECIAL | 02/13/96 | NUMBER<br>96-018-20 |
|---|---|---|---|---|

| SUBJECT<br>TRAINING ASSIGNMENT | DISTRIBUTION LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOMPSON; SGTS. BRUNNER & CONKLIN; CONCERNED PERSONS; TRAINING FILE; RECORDS; PERSONNEL |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|

The following personnel will attend training entitled " Dealing With
Difficult People", to be held March 27, 1996 at HACC, North Hall Room
201.

| Cpl. | Brewster  | # 102 | PO | Behm     | # 119 |
|------|-----------|-------|----|----------|-------|
| PO   | Hose      | # 103 | PO | Nicholas | # 131 |
| PO T.| Ross      | # 194 | PO | Knarr    | # 152 |
| PO J.| Veater    | # 128 | PO | Stevens  | # 191 |
| PO   | Peddicord | # 197 | PO | Corley   | # 144 |

Herbert F. Grofcsik
Police Commissioner

HFG/mrd

HUMAN RESOURCES

FEB 1 6 1996

| POLICE DEPARTMENT | SPECIAL | 11/30/95 | 95-144-2 |
|---|---|---|---|

| SUBJECT | DISTRIBUTION CAPT. GROSS; LTS. MCCLAIN, RESSLER, |
|---|---|
| TRAINING ASSIGNMENT | SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOMP SGTS. BRUNNER & CONKLIN; CONCERNED PERSONS; TRAINING FILE; RECORDS; PERSONNEL |

| REFERENCE | SPECIAL INSTRUCTIONS | | |
|---|---|---|---|
| ENCLOSURE | RE-EVALUATION DATE | | NO. PAGES |

The following personnel will attend 1996 MPOETC Mandatory In-Service Training, to be held May 15 and 16, 1996 at The Commonwealth Fire Company, N. Sherman Street Extended, Springettsbury Township from 0800-1630 hours daily.

05/15/96   Updates and Officer Safety Awareness VI
05/16/96   Crime Scene Investigation I and II

PO Behm          #119
PO Figge         #136
PO Stevens       #191
PO Harrison      #118


Russell L. Clanagan
Police Commissioner

RLC/aes

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 09/13/95 | NUMBER 95-112-20 |
|---|---|---|---|

SUBJECT

# TRAINING ASSIGNMENT

DISTRIBUTION CAPT. GROSS; LTS.MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOMP SGTS. BRUNNER & CONKLIN; CONCERNED PERSONS; TRAINING FILE; RECORDS PERSONNEL

REFERENCE

SPECIAL INSTRUCTIONS

ENCLOSURE

RE-EVALUATION DATE

NO. PAGES

The following personnel will attend 1995 First Aid/CPR re-certification and fall 1995 Firearms on Tuesday, September 26, 1995.  CPR and First Aid will be held at Lincoln 9 Fire Company from 0800-1200 hours. Officers will then report to the F.O.P. County Firearms Range NO LATER THAN 1300 HOURS.

Full duty gunbelts are to be brought to the range, (Including your issued Glock weapon and magazines.)  Leave your duty ammo secured in your vehicle once arriving to the range.  We shall NOT be shooting or re-issuing duty ammo this qualification.

Blue jeans and similar attire (BDU's etc.) are approved for this training day.

| | |
|---|---|
| Lt. Stabley | # 22 |
| Sgt. Veseth | # 56 |
| Sgt. Fells | # 63 |
| D1C Daryman | # 83 |
| Det. Seiffert | #115 |
| PO Heilman | #105 |
| PO Muldrow | #143 |
| PO Ward | #133 |
| PO Behm | #119 |
| PO Riccobono | #157 |
| PO Pace | #196 |
| PO Stevens | #191 |

*Russell L. Clanagan*

Russell L. Clanagan
Police Commissioner

RLC/aes



HUMAN RESOURCES

SEP 18 1995

Case 1:00-cv-01893-CCC    Document 31    Filed 09/10/2002    Page 39 of 66

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 08/01/95 | NUMBER 95-074-20 |
|---|---|---|---|

| PROJECT **TRAINING ASSIGNMENT** | DISTRIBUTION CAPT. GROSS; LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOME SGTS. BRUNNER, MEHRING & CONKLIN; CONCERNED PERS TRAINING FILE; RECORDS; PERSONNEL; ACCOUNTING |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|

The following personnel will attend E.V.O.C. (Emergency Vehicle Operation Course), to be held October 9, 10, and 11, 1995 at HACC.  The class will begin in room N-206.  The hours of this training are 0800-1600.

| | |
|---|---|
| PO Ward | #133 |
| PO Behm | #119 |
| PO King | #180 |
| PO Pace | #191 |

Russell L. Clanagan
Police Commissioner

RLC/aes

# REVISION

| | CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 07/19/95 | NUMBER 95-077-20 |
|---|---|---|---|---|

**SUBJECT**

# TRAINING ASSIGNMENT

**DISTRIBUTION** CAPT. GROSS; LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOM SGTS. BRUNNER, MEHRING & CONKLIN; CONCERNED PER TRAINING FILE; RECORDS; PERSONNEL; ACCOUNTING

**REFERENCE**

**SPECIAL INSTRUCTIONS**

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

The following personnel will attend DUI Investigation and Case Preparation school to be held at HACC, North Hall, Room 211 on September 25, 1995.

　　　　　PO Wentz　　　　#176
　　　　　PO Behm　　　　 #119
　　　　　PO E. Veater　　 #172

***PO Wentz is OIC and should arrange for transportation with Lt. McClain ahead of time.

　　　　　　　　　　　　　Russell L. Clanagan
　　　　　　　　　　　　　Police Commissioner

RLC/aes



HUMAN RESOURCES

JUL 1 9 1995

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 07/07/95 | NUMBER 95-074-20 |
|---|---|---|---|

| SUBJECT **TRAINING ASSIGNMENT** | DISTRIBUTION CAPT. GROSS; LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOME SGTS. BRUNNER, MEHRING & CONKLIN; CONCERNED PERS TRAINING FILE; RECORDS; PERSONNEL; ACCOUNTING |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|

The following personnel will attend E.V.O.C. (Emergency Vehicle Operation Course), to be held July 28, 29, and 30, 1995 at HACC.  The class will begin in room N-206.  The hours of this training are 0800-1600.

|  |  |
|---|---|
| PO Ward | #133 |
| PO Behm | #119 |
| PO King | #180 |
| PO Pace | #191 |

Russell L. Clanagan
Police Commissioner

RLC/aes

| | POLICE DEPARTMENT | SPECIAL | | NUMBER |
|---|---|---|---|---|
| SUBJECT | | | 07/05/95 | 95-070 |
| **TRAINING ASSIGNMENT** | | DISTRIBUTION  CAPT. GROSS; LTS. MCCLAIN, RESSLE SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. T SGTS. BRUNNER, MEHRING & CONKLIN; CONCERNED TRAINING FILE; RECORDS; PERSONNEL; ACCOUNTING | | |
| REFERENCE | | SPECIAL INSTRUCTIONS | | |
| ENCLOSURE | | RE-EVALUATION DATE | | NO. PAGES |

The following personnel will attend ESP Certification School, to be he
July 18, 1995 from 0900-1300 hours.  This training will take place at
the York City Police Department.

| | |
|---|---|
| Corporal Girling | #173 |
| PO J. Veater | #128 |
| PO Koltunovich | #189 |
| PO Wharton | #174 |
| PO Figge | #136 |
| PO Aikey | #163 |

*Russell L. Clanagan*
Russell L. Clanagan
Police Commissioner

RLC/aes


*****NOTE OF INTEREST:  All officers will have the option of
using LV or vacation for the remaining of the tour, or can be
used to perform some tasks in Records, such as filing,
microfilming, etc.  (3-11 officers can augment their shift once
2:00 rolls around)

JUL 7 1995

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 07/05/95 | NUMBER 95-071-20 |
|---|---|---|---|
| **SUBJECT** TRAINING ASSIGNMENT | DISTRIBUTION CAPT. GROSS; LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOME SGTS. BRUNNER, MEHRING & CONKLIN; CONCERNED PERS TRAINING FILE; RECORDS; PERSONNEL; ACCOUNTING | | |
| REFERENCE | SPECIAL INSTRUCTIONS | | |
| ENCLOSURE | RE-EVALUATION DATE | | NO. PAGES |

The following personnel will attend a Marijuana Interdiction/Eradication Seminar to be held Wednesday, July 12, 1995, at Fort Indiantown Gap, PA from 0830-1600 hours.

|  |  |
|---|---|
| Sgt. Fells | # 63 |
| Det. J. McBride | #171 |
| Det. Roberts | #146 |
| PO B. McBride | #167 |
| PO Behm | #119 |
| PO J. Veater | #128 |
| PO E. Veater | #172 |

Russell L. Clanagan
Police Commissioner

RLC/aes

\*\*\* Sgt. Fells is OIC and should arrange for transportation.

\*\*\* Registration and meal money being sent to the GAP separately.



HUMAN RESOURCES

JUL 7 1995

Case 1:00-cv-01893-CCC    Document 31    Filed 09/10/2002    Page 44 of 66

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | | TYPE<br>SPECIAL | DATE<br>06/07/95 | NUMBER<br>95-067-20 |
|---|---|---|---|---|
| **SUBJECT**<br><br>TRAINING ASSIGNMENT | | DISTRIBUTION CAPT. GROSS; LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOMPS SGTS. BRUNNER, MEHRING & CONKLIN; CONCERNED PERSO TRAINING FILE; RECORDS; PERSONNEL; ACCOUNTING | | |
| REFERENCE | | SPECIAL INSTRUCTIONS | | |
| ENCLOSURE | | RE-EVALUATION DATE | | NO. PAGES |

The following personnel will attend the Hazardous Materials Course to be
held at Northern Regional Police Department on July 18, 1995:


The first group will attend from 1300-1430 hours:


| Sgt. Conklin | # 52 | PO Levinsky | #183 |
|---|---|---|---|
| Sgt. Mehring | # 64 | PO Brewster | #102 |
| Sgt. Hill | # 53 | PO Hernandez | #182 |
| PO1C W. Brown | #165 | PO Santiago | #161 |


The second group will attend from 1500-1630 hours:


| Sgt. Fells | # 63 | PO Losty | #147 |
|---|---|---|---|
| Det. Barth | #195 | PO Poole | #135 |
| PO Lawson | #193 | PO Wharton | #174 |
| PO Behm | #119 | PO Lowe | #132 |
| PO Hansen | #177 | | |


*Russell L. Clanagan*
Russell L. Clanagan
Police Commissioner


RLC/aes

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | | 06/07/95 | NUMBER 95-068-2 |
|---|---|---|---|---|

**SUBJECT**

# TRAINING ASSIGNMENT

DISTRIBUTION CAPT. GROSS; LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THO SGTS. BRUNNER, MEHRING & CONKLIN; CONCERNED PEI TRAINING FILE; RECORDS; PERSONNEL; ACCOUNTING

**REFERENCE**

**SPECIAL INSTRUCTIONS**

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

The following personnel will attend the Hazardous Materials Course to be held at Northern Regional Police Department on July 25, 1995:

The first group will attend from 1300-1430 hours:

| Sgt. Sullivan | # 68 | PO Wagner | #198 |
|---|---|---|---|
| PO1C Kahley | #106 | PO Muldrow | #143 |
| PO Stambaugh | #108 | | |

The second group will attend from 1500-1630 hours:

| Lt. Swartz | # 25 | PO Riccobono | #157 |
|---|---|---|---|
| PO Nicholas | #131 | PO Pace | #196 |
| PO Figge | #136 | PO Stevens | #191 |

The third group will attend from 1800-1930 hours:

| Sgt. Arnold | # 58 | PO Peddicord | #197 |
|---|---|---|---|
| PO Mincemoyer | #127 | PO Aikey | #163 |
| PO J. Veater | #128 | | |

Russell L. Clanagan
Police Commissioner

RLC/aes

| POLICE DEPARTMENT | SPECIAL | 05/31/95 | 95-062-20 |

**SUBJECT**

# TRAINING ASSIGNMENT

DISTRIBUTION CAPT. GROSS; LTS. MCCLAIN, RESSLER, SWARTZ, VANGREEN, STABLEY & DOWNING; INSP. THOMES SGTS. BRUNNER, MEHRING & CONKLIN; CONCERNED PERSO TRAINING FILE; RECORDS; PERSONNEL; ACCOUNTING

**REFERENCE**

**SPECIAL INSTRUCTIONS**

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

The following personnel will attend Spring 1995 Firearms Qualifications on Friday, June 30, 1995, to be held at the York County FOP Range on Indian Rock Dam Road.  The hours are 0800-1600.  Blue jeans will be permitted for this training.  Each officer is to bring his or her entire duty gunbelt, with their issued Glock weapon and all magazines that were issued to them.  The new 40 cal. Glocks will be issued at this time and used for this qualification.

| | |
|---|---|
| PO1C Dacheux | #162 |
| PO Bricker | #190 |
| PO Santiago | #161 |
| PO Markley | #104 |
| PO Figge | #136 |
| PO Lowe | #132 |
| PPO Goodwin | #175 |
| PPO Nadzom | #158 |
| PPO Tison | #155 |

*Russell L. Clanagan*
Russell L. Clanagan
Police Commissioner

RLC/aes

| | TYPE | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 04/27/95 | 95-049-2 |

| SUBJECT | DISTRIBUTION CAPT. GROSS; LTS. RESSLER, MCCLAIN, |
|---|---|
| **TRAINING ASSIGNMENT** | 3-11, VANGREEN, STABLEY, & DOWNING; INSP. THOM SGTS. SWARTZ, CONKLIN & MEHRING; CONCERNED PERSO TRAINING FILE; RECORDS, ████████; ACCOUNTING |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|
| | |

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|
| | | |

The following personnel will attend a training seminar entitled "Policing Your Image" which will take place on Friday, May 26, 1995 fro 1:00 p.m. - 5:00 p.m.  This training will be held at the Training/Meeting Room of the Waste Water Treatment Plant on Black Bridg Road.  If the parking lot of the Administration Building is full, parking will be permitted on both sides of the paved main road.

| | | | |
|---|---|---|---|
| Sgt. Brunner | # 61 | PO Koltunovich | #189 |
| D1C Williams | # 81 | PO Losty | #147 |
| Det. J. McBride | #171 | PO Wharton | #174 |
| Det. Walker | #142 | PO Figge | #136 |
| PO Hose | #103 | PO Lowe | #132 |
| PO Santiago | #161 | PO King | #180 |
| PO Wentz | #176 | PO Harrison | #118 |
| PO Behm | #119 | PO Goodwin | #175 |
| PO Mincemoyer | #127 | PO Knarr | #152 |
| PO J. Veater | #128 | | |

**\*\*Lt. Downing will be assigning 5 officers to report to the training room 1/2 hour early to set up chairs and tables.**

Russell L. Clanagan
Police Commissioner

RLC/aes


HUMAN RESOURCES
APR 2 8 1995



| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 02/27/95 | NUMBER 95-025-20 |
|---|---|---|---|

**SUBJECT**

# TRAINING ASSIGNMENT

**DISTRIBUTION** CAPT. GROSS; LTS. RESSLER, MCCLAIN, LISTER, VANGREEN, STABLEY, & DOWNING; INSP. THOM SGTS. SWARTZ, CONKLIN & MEHRING; CONCERNED PERSO TRAINING FILE; RECORDS; PERSONNEL; ACCOUNTING

**REFERENCE**

**SPECIAL INSTRUCTIONS**

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

The following officers will attend 1995 MPOETC Mandatory In Service Training to be held June 7 - 8, 1995 at the Northern Regional Police Department.

| 06/07/95 | Sect.# 34210 | Legal Update | 0800-1200 |
| 06/07/95 | Sect.# 34211 | Off. Safety Aware. | 1300-1630 |
| 06/08/95 | Sect.# 34212 | Cultural Diversity | 0830-1600 |

|  |  |  |
|---|---|---|
| Sgt. Brunner | # 61 | |
| Sgt. Conklin | # 52 | (to attend June 7 only) |
| Sgt. Blemler | # 67 | |
| D1C Daryman | # 83 | |
| PO1C Concepcion | #125 | |
| Det. Rohrbaugh | #150 | |
| PO Leppo | #148 | |
| PO Searfoss | #185 | |
| PO Behm | #119 | |
| PO Buchkoski | #145 | |
| PO Wharton | #174 | |
| PO Figge | #136 | |
| PO Aikey | #163 | |

**Please take along your crimes codes.

*Russell L. Clanagan*
Russell L. Clanagan
Police Commissioner

HUMAN RESOURCES

RLC/aes

1995

Case 1:00-cv-01893-CCC    Document 31    Filed 09/10/2002    Page 49 of 66

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 10/03/94 | NUMBER 94-095-19 |
|---|---|---|---|

**TRAINING ASSIGNMENT**

DISTRIBUTION CAPTS. PERELMAN & GROSS; LTS. MCCLAIN, VANGREEN, RESSLER, LISTER, STABLEY, & DOWNING; SWAT INSP. THOMPSON; SGTS. FELLS, & MEHRING; CONCERNED PERSONS; TRAINING FILE; RECORDS; PERSONNEL; DAYWO J. ROBINSON

SPECIAL INSTRUCTIONS

RE-EVALUATION DATE

NO. PAGES

The following personnel are to report to the York County FOP Range on Indian Rock Dam Road on Wednesday, October 19, 1994 at 0800 hours. Bring your complete duty gunbelt weapon and magazines.  Lunch will be 1130 to 1230 hours.  At 1230 sharp report to Lincoln 9 on Roosevelt Avenue for First Aid/CPR Re-certification.

| | |
|---|---|
| Lt. Lister | # 25 |
| Sgt. Brunner | # 61 |
| Sgt. Stine | # 65 |
| Sgt. Conklin | # 52 |
| D1C Williams | # 81 |
| Det. Roberts | #146 |
| PO Heist | #152 |
| PO Bricker | #190 |
| PO Pfeifer | #175 |
| PO Wentz | #176 |
| PO Behm | #119 |
| PO Mincemoyer | #127 |
| PO Losty | #147 |

*First Aid Instructors will be PO Knauer and PO Mincemoyer.
*Fire Arms Instructors will be PO1C Girling and PO Pfeifer.

Thomas C. Gross
Acting Chief of Police

HUMAN RESOURCES

OCT - 3 1994

Case 1:00-cv-01893-CCC    Document 31    Filed 09/10/2002    Page 50 of 66

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 08/10/94 | NUMBER 94-071-2... |
|---|---|---|---|

| SUBJECT | DISTRIBUTION |
|---|---|
| **TRAINING ASSIGNMENT** | CAPTS. PERELMAN & GROSS; LTS. MCCLAIN, VANGREEN, RESSLER, LISTER, & STABLEY; LT. DOWNIN... INSP. ZEAGER; SGTS. FELLS, & MEHRING; CONCERNED PERSONS; TRAINING FILE; RECORDS; PERSONNEL |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|
| | |

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|
| | | |

 

The following personnel will attend a training session entitled Latent Print Processing, to be held September 8 and 9, 1994 from 0800-1630 hours.  This course will be held in room PSTC-, N-211 at HACC.

| PO | Fetrow | #140 |
| PO | Ward | #133 |
| PO | Behm | #119 |
| PO | S. Ross | #141 |
| PO | Peddicord | #197 |

Thomas C. Gross
Acting Chief of Police

HUMAN RESOURCES

AUG 1 7 1994

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 05/03/94 | NUMBER 94-050-20 |
|---|---|---|---|

| SUBJECT TRAINING ASSIGNMENT | DISTRIBUTION CAPTS. PERELMAN & GROSS; LTS. MCCLAI VANGREEN, RESSLER, LISTER, STABLEY & DOWNING; INSP.ZEAGER;SGTS. BRUNNER, MEHRING, FELLS; CONC PERSONS; TRAINING FILE; RECORDS; PERSONNEL |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|

The following personnel will attend Spring 1994 Firearms Qualifications, to be held at the York County FOP Range on Indian Rock Dam Road.  The hours are 0800-1600. Each officer is to bring his or her full duty belt, including the inner belt. The date of this training is Friday, June 24, 1994.

| | | | |
|---|---|---|---|
| Lt. | Stabley | # | 22 |
| Lt. | Lister | # | 25 |
| Sgt. | Hill | # | 53 |
| Det | J. McBride | # | 171 |
| PO1C | Kahley | # | 106 |
| PO | Bricker | # | 190 |
| PO | Levinsky | # | 183 |
| PO | George | # | 123 |
| PO | Ward | # | 133 |
| PO | Behm | # | 119 |
| PO | E. Veater | # | 172 |
| PO | Wharton | # | 174 |
| PO | Figge | # | 136 |
| PPO | Aikey | # | 163 |

William E. Smith
Chief of Police

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 4/29/94 | NUMBER 94-042-20 |
|---|---|---|---|

**SUBJECT**

# TRAINING ASSIGNMENT

**DISTRIBUTION** CAPTS. PERELMAN & GROSS; LTS. MCCLAIN, VANGREEN, RESSLER, LISTER, STABLEY & DOWNING; INSP.ZEAGER;SGTS. BRUNNER, MEHRING, FELLS; CONCER PERSONS; TRAINING FILE; RECORDS; PERSONNEL

**REFERENCE**

**SPECIAL INSTRUCTIONS**

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

The following personnel will attend the 90 minute Hazardous Materials update course, to be held at Northern Regional Police Department on Tuesday, July 26, 1994 from 1300-1430:

| | | | |
|---|---|---|---|
| Sgt. | Swartz | # | 66 |
| Sgt. | Blemler | # | 67 |
| D1C | Thompson | # | 82 |
| PO1C | Dacheux | # | 162 |
| PO1C | Ford | # | 181 |
| PO1C | Fuentes | # | 101 |
| PO1C | Kohler | # | 158 |
| PO | Leppo | # | 148 |
| PO | Stambaugh | # | 108 |
| PO | Knauer | # | 126 |
| PO | Tschopp | # | 129 |
| PO | Santiago | # | 161 |
| PO | Behm | # | 119 |

William E. Smith
Chief of Police

MAY 0 4 1994

| | CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 4/15/94 | NUMBER 94-030-20 |
|---|---|---|---|---|

| SUBJECT **TRAINING ASSIGNMENT** | DISTRIBUTION CAPTS. PERELMAN & GROSS; LTS. MCCLE__ VANGREEN, RESSLER, LISTER, & STABLEY & DOWNING INSP. ZEAGER; SGTS. FELLS, & MEHRING; CONCERNED PERSONS; TRAINING FILE; RECORDS; PERSONNEL |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|

      The  following  personnel  will attend  the  Police  Cyclist
Program to be held at HACC June 13-16, 1994 in room N-211.

```
        PO1C    Barth       # 195
        PO      Beveridge   # 134
        PO      Daniels     # 199
        PO      Tschopp     # 129
        PO      Clarkson    # 187
        PO      Behm        # 119
        PO      J. Veater   # 172
        PO      Hansen      # 177
```

                              William E. Smith
                              Chief of Police


*    PO1C Barth:  Please coordinate  with  daywork to  arange for
transportation.

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 01/03/94 | NUMBER 94-004-20 |
|---|---|---|---|

**SUBJECT**

DISTRIBUTION CAPTS. PERELMAN & GROSS; LTS. MCCLA
VANGREEN, RESSLER, LISTER, & STABLEY; INSP. ZE
SGTS. SWARTZ & MEHRING; CONCERNED PERSONS;
TRAINING FILE; RECORDS; PERSONNEL

**REFERENCE**

**SPECIAL INSTRUCTIONS**

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PAGES**

The following personnel will attend 1994 MPOETC Mandatory In - Service training, to be held June 8 and 9, 1994 at the Northern Regional Police Department from 0800-1600 daily.

        6/8/94   34914   Legal Updates
        6/8/94   34915   Officer Safety Awareness IV
        6/9/94   34916   Report Writing Made Easy

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lt. | Stabley | # 22 | | PO | Kling | # 168 |
| Sgt. | Hill | # 53 | | PO | T. Ross | # 194 |
| PO1C | Beck | # 130 | | PO | Behm | # 119 |
| PO1C | Concepcion | # 125 | | PO | Hansen | # 177 |
| D1C | Daryman | # 83 | | PO | Buchkoski | # 145 |
| Det | Follmer | # 124 | | PO | Koltunovich | # 189 |
| Det | Seiffert | # 115 | | PO | S. Ross | # 141 |
| PO | Wagner | # 198 | | | | |

William E. Smith
Chief of Police

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | SPECIAL | 9/07/93 | 93-098-20 |
|---|---|---|---|

SUBJECT

DISTRIBUTION CAPTS. PERELMAN & GROSS; LTS. MCCLAIN, VANGREEN, RESSLER, LISTER, & STABLEY; INSP. ZEAGE SGTS. SWARTZ & MEHRING; CONCERNED PERSONS; TRAINING FILE; RECORDS; PERSONNEL

REFERENCE

SPECIAL INSTRUCTIONS

ENCLOSURE

RE-EVALUATION DATE

NO. PAGES

The following personnel will attend 1993 Fall Firearms Qualification to be held Thursday September 09, 1993 at the County FOP Range on Indian Rock Dam Road. Note there are 2 separate training blocks listed below. All persons are to bring their firearms duty equipment and duty ammo. We will complete qualifications in the State pistol and shotgun courses, the YCPD pistol course, clay target shooting, and there will be some firearms skill development shooting. Your Glocks will be stripped for cleaning and an update kit will be installed in your gun at this time.

### 0700 HOURS to NOON

| Lt. | McClain | # 20 |
|---|---|---|
| PO1C | Dacheux | # 162 |
| PO1C | Beck | # 130 |
| D1C | Daryman | # 83 |
| Det. | J. McBride | # 171 |
| PO | Good | # 151 |
| PO | Wagner | # 198 |
| PO | B. McBride | # 167 |
| PO | George | # 123 |
| PO | Behm | # 119 |
| PPO | Figge | # 136 |

### NOON - 1700 HOURS

| Lt. | Vangreen | # 24 |
|---|---|---|
| D1C | Williams | # 81 |
| Det. | Follmer | # 124 |
| PO | Bricker | # 190 |
| PO | Stambaugh | # 108 |
| PO | Levinsky | # 183 |
| PO | Kling | # 168 |
| PO | Santiago | # 161 |
| PO | Clarkson | # 187 |
| PO | R. Hill | # 138 |

William E. Smith
Chief of Police

SEP 07 1992

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| | SPECIAL | 7/2/93 | 93-080-20 |

| SUBJECT | DISTRIBUTION: CAPTS. PERELMAN & GROSS; LTS MCCLAIN |
|---|---|
| TRAINING  ASSIGNMENT | VANGREEN, RESSLER, LISTER & STABLEY;  INSP. ZE SGTS. BRUNNER, SWARTZ & MEHRING; CONCERNED PER TRAINING FILE; RECORDS; PERSONNEL |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|
| | |

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|
| | | |

The  following  personnel  will  attend  the  90  minute  1993 Hazardous  Materials  update  training,  to  be  held  at  Northern Regional Police Dept. on the following dates and times :

---

Tuesday  July 13, 1993  1300 - 1430 hours :
Sgt. Swartz, PO1C Beck, PO1C Dacheux, PO1C Concepcion, D1C Daryman,
Det. Follmer , PO Stambaugh, PO Hernandez, PO R. Hill

---

Tuesday  July 13, 1993  1500 - 1630 hours :
Lt. McClain , PO1C Girling, PO1C Fuentes, PO1C Walker,  PO1C
Arnold, Det. Seiffert, PO Bricker, PO Kahley

---

Tuesday July 20, 1993  1300 - 1430 hours :
Lt. Downing, Lt. Stabley, Sgt. Stine, Sgt. Mehring, Det. Rohrbaugh,
PO J.McBride, PO Wagner, PO Roberts, PO Bloss, PO Clarkson

---

Tuesday July 20, 1993  1500 - 1630 hours :
Sgt. Hill, D1C Thompson, PO Kling, PO B.McBride, PO Utley,
PO T. Ross, PO Hansen, PO Markley

---

Tuesday July 20, 1993  2000 - 2130 hours :
Lt. Ressler, Lt. Lister, Sgt. Brunner, Sgt. Fells, PO1C Butler,
PO1C Kohler, PO Lawson , PO Hose, PO Kleynen , PO George, PO Ward,
PO Behm, PO Koltunovich, PO S. Ross , PO Poole

---

Tuesday July 27, 1993  1300 - 1430  hours :
Sgt. Conklin, D1C Williams, PO1C Brown, PO Good, PO Brewster,
PO Muldrow, PO Beveridge, PO Pfeifer, PO Santiago

---

Tuesday July 27, 1993  1500 - 1630  hours :
PO1C Ford, PO Heist, PO Heilman, PO Leppo, PO Levinsky, PO Fetrow,
PO Daniels, PO Knauer, PO Mincemoyer, PO Peddicord

---

Tuesday July 27, 1993  2000 - 2130  hours :
Sgt. Veseth, Sgt. Sullivan, Sgt. Blemler, PO1C Barth, PO J. Brown,
PO Adams, PO Spence, PO Tschopp, PO Wentz, PO Searfoss,
PO J. Veater, PO Buchkoski, PO Losty, PO E. Veater, PO Nicholas

---

William E. Smith
Chief of Police

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 03/01/93 | NUMBER 93-046-2 |
|---|---|---|---|

**SUBJECT**

TRAINING ASSIGNMENT

**DISTRIBUTION** CAPTS. PERELMAN & GROSS; LTS MCCLAIN VANGREEN, RESSLER, LISTER & STABLEY; INSP. ZE SGTS. BRUNNER, SWARTZ & MEHRING; CONCERNED PE TRAINING FILE; RECORDS; PERSONNEL

**REFERENCE**

SPECIAL INSTRUCTIONS

**ENCLOSURE**

RE-EVALUATION DATE

NO. PAGES

The following personnel will attend 1993 MPOETC Mandatory In-Service Training on May 17 and 18, 1993 at Spring Garden Police Department. Hours of the complete training days will be 0800-1630 hours. This 2 day course update includes the following sections and topics :

    34587 - Ethnic Intimidation and Legal Update
    34588 - Case Preparation
    34589 - Officer Safety Awareness III

| | | | | | |
|---|---|---|---|---|---|
| Lt. | Vangreen | # 24 | PO | Leppo | #148 |
| Insp. | Zeager | # 31 | PO | Kling | #168 |
| Sgt. | Conklin | # 52 | PO | Kahley | #106 |
| PO1C | Dacheux | #162 | PO | Spence | #122 |
| PO1C | Fuentes | #101 | PO | Ward | #133 |
| Det. | Rohrbaugh | #150 | PO | Behm | #119 |
| Det. | Follmer | #124 | | | |

William E. Smith
Chief of Police

**Note:** Everyone in this class should have received confirmation by mail from HACC for this course. If you have not, contact Lt. Downing ASAP.

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE -02/26/93 | NUMBER 93-041-2 |
|---|---|---|---|

| SUBJECT TRAINING ASSIGNMENT | DISTRIBUTIONCAPTS. PERELMAN & GROSS; LTS MCCLAI VANGREEN, RESSLER, LISTER & STABLEY; INSP. ZE SGTS. BRUNNER, SWARTZ & MEHRING; CONCERNED PE TRAINING FILE; RECORDS;PERSONNEL |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAGES |
|---|---|---|

   The following personnel will attend 1993 Spring Firearms Qualification to be held Friday, May 14, 1993 at the County FOP Range on Indian Rock Dam Road. This training will occur from 0800-1600 hours. Bring your complete duty gun belt.

| | | | |
|---|---|---|---|
| Capt. | Perelman | # | 3 |
| Sgt. | Sullivan | # | 68 |
| D1C | Williams | # | 81 |
| PO | Good | # | 151 |
| PO | Heilman | # | 105 |
| PO | Utley | # | 179 |
| PO | Wentz | # | 176 |
| PO | Behm | # | 119 |
| PO | Nicholas | # | 131 |

William E. Smith
Chief of Police

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 02/24/93 | NUMBER 93-036 |
|---|---|---|---|

| SUBJECT | DISTRIBUTION |
|---|---|
| TRAINING  ASSIGNMENT | CAPTS. PERELMAN & GROSS; LTS MCCLA VANGREEN, RESSLER, LISTER & STABLEY; INSP. SGTS. BRUNNER, SWARTZ & MEHRING; CONCERNED P TRAINING FILE; RECORDS; PERSONNEL |

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. PAG |
|---|---|---|

The following personnel will attend in-service training on
March 26, 1993 at the Lincoln Fire  Company. CPR re-certification
will begin at 0800 hours. CROWD CONTROL training will  take place
in the afternoon session until 1600 hours.

```
        Sgt.    Conklin    #  52
        Sgt.    Hill       #  53
        PO1C    Beck       # 130
        PO1C    Fuentes    # 101
        PO1C    Butler     # 154
        PO      Kling      # 168
        PO      Roberts    # 146
        PO      Hose       # 103
        PO      George     # 123
        PO      Searfoss   # 185
        PO      Behm       # 119
       *PEO     Enders     # 258
```

William  E.  Smith
Chief of Police

SCHEDULED INSTRUCTOR FOR THIS DATE  : Lt. Stabley
*  CPR only

| | POLICE DEPARTMENT | SPECIAL | 10-07-92 | 92-10... |
|---|---|---|---|---|

**SUBJECT**

TRAINING ASSIGNMENT

DISTRIBUTION CAPTS. McMASTER, PERELMAN, LTS. McCLAIN, RESSLER, LISTER, VANG... SGTS. BRUNNER, SWARTZ, MEHRING; PERS... CONCERNED PERSONS, RECORDS, TRAINING

**REFERENCE**

**SPECIAL INSTRUCTIONS**

**ENCLOSURE**

**RE-EVALUATION DATE**

NO. R/

The following personnel will attend Mandatory In Service Training at the Spring Garden Twp Police Department from 0800 hrs to 1600 hours on November 9 and 10, 1992.

| | | | |
|---|---|---|---|
| Lt. | Vangreen | # | 24 |
| Insp. | Zeager | # | 30 |
| PO1C | Walker | # | 142 |
| PO | Roberts | # | 146 |
| PO | A. Adams | # | 184 |
| PO | Kahley | # | 106 |
| PO | Spence | # | 122 |
| PPO | Behm | # | 119 |
| PPO | Veater | # | 128 |
| PPO | R. Hill | # | 138 |
| PPO | Koltunovich | # | 189 |

William E. Smith
Chief of Police

| POLICE DEPARTMENT | SPECIAL | 10-05-92 | 92-095- |
|---|---|---|---|

**SUBJECT**

TRAINING ASSIGNMENT

**DISTRIBUTION** CAPTS. McMASTER, PERELMAN,
LTS. McCLAIN, RESSLER, LISTER, VANGR
SGTS. BRUNNER, SWARTZ, MEHRING; PERS
CONCERNED PERSONS, RECORDS, TRAINING

**REFERENCE**

**SPECIAL INSTRUCTIONS**

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. P**

The following personnel are to report to the York County

Firearms Range on Indian Rock Dam Road  Wednesday, October 21,

1992 from 0800 hrs to 1600 hours for fall Firearms Training.

Bring a writing utensil for note taking and all appropriate

gun belt gear.

```
Lt.    Vangreen    #  24
PO1C   Barth       # 195
PO1C   Walker      # 142
PO     Stambaugh   # 108
PO     J.McBride   # 171
PO     Beveridge   # 134
PO     Kahley      # 106
PO     Hose        # 103
PPO    Behm        # 119
PPO    Markley     # 104
PPO    Poole       # 135
```

William E. Smith
Chief of Police

| | CITY OF YORK, PENNSYLVANIA<br>POLICE DEPARTMENT | TYPE<br>SPECIAL | EFFECTIVE DATE<br>05/13/92 | NUMBER<br>92-045 |
|---|---|---|---|---|

| SUBJECT<br><br>TRAINING ASSIGNMENT | DISTRIBUTION Capts. Smith, McMaster, Perelman; Lts. McClain, Downing, Ressler, Vangreen; Sgts. Brunner, Swartz, Mehring; Training; Records; Personnel; Concerned Persons |
|---|---|

| REFERENCE | SPECIAL INSTRUCTIONS |
|---|---|

| ENCLOSURE | RE-EVALUATION DATE | NO. P |
|---|---|---|

The following personnel will attend a HAZ MAT First Responder course at Northern York County Regional Police Department on Wednesday, June 3, 1992.

### 1030 - 1430

Sgt. Sullivan, #68
PO Sheesley, #180
PO Knauer, #126
PO Santiago, #161
PPO Veater, #128
PPO Behm, #119

### 1530 - 1930

Lt. Downing, #21
D1C Williams, #81
PO J. McBride, #171
PO Kahley, #106
PO Spence, #122
PO Butler, #154
PO M. Hose, #103
PO Utley, #179
PO T. Ross, #194
PO Ward, #133

William M. Hose
Chief of Police

CITY OF YORK, PENNSYLVANIA
POLICE DEPARTMENT

| | | EFFECTIVE DATE | NUMBER |
|---|---|---|---|
| | SPECIAL | 03/20/92 | 92-02 |

SUBJECT

TRAINING ASSIGNMENT

DISTRIBUTION Capts. Hose, Smith, McMaster;
Lts. McClain, Perelman, Downing, Vangreen;
Sgts. Ressler, Mehring, Training, Records;
Personnel; Concerned Persons

REFERENCE

SPECIAL INSTRUCTIONS

ENCLOSURE

RE-EVALUATION DATE                    NO.

---

The following officers will report for CPR certification and
Firearms Qualification on Fri., March 27, 1992 as follows:

CPR at the Mayor's Conference room at 0800 hrs. and Firearms
Qualification at the County Firearms Range (Indian Rock Dam) at
1200 hrs.;

        Capt. McMaster, #5
        PO1C Fuentes, #101
        PO Sheesley, #180
        PO Levinsky, #183
        PO J. McBride, #171
        PPO Behm, #119
        PO1C Girling, #173

Firearms Qualification at the County Firearms Range (Indian Rock
Dam) at 0800 hrs. and CPR at the Mayor's Conference Room at 1200
hrs;

        Sgt. Lister, #63
        PO Good, #151
        PO Roberts, #146
        PO Bloss, #149
        PO Lawson, #193
        PO Kohler, #158
        PPO Searfoss, #185
        PO D. Leppo, #148

Range Instructors:    Sgt. Stine, #65
                  PO1C Girling, #163  (PM Only)
                  PO D. Leppo, #148  (AM Only)

CPR Instructors:    PO Fells, #157

                           William M. Hose
                           Chief of Police

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 01/06/92 | NUMB 92-0 |
|---|---|---|---|
| SUBJECT TRAINING ASSIGNMENT | DISTRIBUTION Capts. Hose, Smith, McMaster; Lts. McClain, Perelman, Downing, Vangreee Sgts. Ressler, Swartz, Training, Records Personnel; Concerned Persons; | | |
| REFERENCE | SPECIAL INSTRUCTIONS | | |
| ENCLOSURE | RE-EVALUATION DATE | | NO. |

The following officers will attend PR 24 and Pepper Mace Training at the Lincoln Fire Co. on Monday, January 13, 1991 from 0800 until 1600.  Instructors for the PR 24 will be PO Arnold & Fetrow.  PO1C Barth & PO Blemler will instruct the Pepper Mace class.

PPO Veater, #128

PPO Behm, #119

PPO Freed, #136

PPO Hill, #138

PPO Heiser, #177

PPO Buchkoski, #145

PPO Koltunovich, #189

William M. Hose
Chief of Police

Note: the officers assigned to this training should bring a towel

| CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE SPECIAL | EFFECTIVE DATE 12/2/91 | NUMBER 91-094 |
|---|---|---|---|

**SUBJECT**

TRAINING ASSIGNMENT

**DISTRIBUTION** Capts. Hose, Smith, McMaster; Lts. McClain, Perelman, Downing, Vangreen; Sgts. Ressler, Swartz, Training, Records; Personnel; Concerned Persons;

**REFERENCE**

**SPECIAL INSTRUCTIONS**

**ENCLOSURE**

**RE-EVALUATION DATE**

**NO. PA**

---

Probationary Police Officers Curtis D. Behm, #119 and John M. Veater, #128 will be assigned to Field Training as follows:

| 12/16/91 - 01/05/92 | (3 weeks) | 7PM-3AM |
| 01/06/92 - 01/12/92 | (1 week) | Detective Bureau |
| 01/13/92 - 01/19/92 | (1 week) | 7AM-3PM |
| 01/20/92 - 02/09/92 | (3 weeks) | Community Police Squad |
| 02/10/92 - 03/22/92 | (6 weeks) | 11PM-7AM |
| 03/23/92 - 05/03/92 | (6 weeks) | 3PM-11PM |

Probationary Police Officers Brian D. Freed, #136 and Randall S. Hill, #118 will be assigned to Field Training as follows:

| 12/16/91 - 12/22/91 | (1 week) | Detective Bureau |
| 12/23/91 - 12/29/91 | (1 week) | 7AM-3PM |
| 12/30/91 - 02/09/92 | (6 weeks) | 3PM-11PM |
| 02/10/92 - 03/01/92 | (3 weeks) | 7PM-3AM |
| 03/02/92 - 03/22/92 | (3 weeks) | Community Police Squad |
| 03/23/92 - 05/03/92 | (6 weeks) | 11PM-7AM |

William M. Hose
Chief of Police

| | CITY OF YORK, PENNSYLVANIA POLICE DEPARTMENT | TYPE GENERAL | EFFECTIVE DATE 05/01/88 | NUMBER 88-001-0: |
|---|---|---|---|---|

| SUBJECT | DISTRIBUTION |
|---|---|
| Administration of Discipline | All Police Personnel |

| REFERENCE (a) | IACP <u>Managing for Effective Police Discipline</u>, pp. 159-183 | SPECIAL INSTRUCTIONS |
|---|---|---|
| (b) | GenO 81-003-02 dtd 8/1/81 | Cancel GenO 83-013-03 |
| (c) | GenO 79-004 dtd 2/14/79 | |
| (d) | Section 111.06, <u>Investigations</u>, Administrative Code of the City of York | RE-EVALUATION DATE 05/01/89 |
| (e) | Section 121.04, <u>Rules & Regulations</u>, ibid. | |
| (f) | Section 145.05, <u>Manual of Rules</u>, ibid. | |

NO. PAG  7

I.  PURPOSE

To establish policies and procedures for the administration of discipline within this department.

II.  POLICY

The Chief of Police is responsible for the administration of discipline within this department. With the exception of oral and written reprimands and temporary relief from duty, all disciplinary actions must be taken or approved by the Chief Police. The following procedures will govern disciplinary procedures for all police officers and nonunion support personnel.

III.  PRODECURES

A.  <u>Penalities</u>

The following penalties may be assessed against any member as disciplinary action:

1.  <u>Docking of Pay</u>

Any supervisor or commanding officer may send a member home to correct unsatisfactory personal appearance as defined in Rule 8-38 of reference (b), and dock him or her for the time elapsed until he or she returns to duty.

2.  <u>Oral Reprimand</u>

Any supervisor or commanding officer may orally reprimand a subordinate. Such reprimands will be given in private and if they constitute counselli sessions for 1st level offenses, must be noted on commanding officers' reports for future reference.

a.  Reprimand shall be acknowledged by signatures, signed on the signature line, of recipient and supervisor.

EXHIBIT

4