IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JODY K. BUTTS, individually and as parent : NO. 1:00 CV-1893
and natural guardian for RASHUN R.       :
SUNCAR and LEQUINN BUTTS, minors,        :
and MARK A. MARTIN, JR., individually,   :
                Plaintiffs              :

vs.                                      : JURY TRIAL DEMANDED
                                         : Judge Conner

CITY OF YORK, OFFICER CURTIS D.          :
BEHM, OFFICER NICHOLAS W. FIGGE          :
and POLICE COMMISSIONER HERBERT          :
GROCIK,                                  :
                Defendants              :

FILED
HARRISBURG, PA
SEP 26 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

PLAINTIFFS' MEMORANDUM OF LAW

      This is in response to Defendants City of York and Police Commissioner Herbert Grofcik's Motion for Summary Judgment. After reviewing Defendants City of York and Police Commissioner Grofcik's Motion for Summary Judgment and reviewing said Defendants' Brief in support of their Motion and supporting documents and researching the applicable law, my clients, the Plaintiffs, have decided not to oppose said Defendants' Motion for Summary Judgment.

September 26, 2002

                                                _____
                                                Peter B. Foster
                                                Attorney for Plaintiffs
                                                PINSKEY & FOSTER
                                                121 South Street
                                                Harrisburg, PA 17101
                                                (717) 234-9321

## CERTIFICATE OF SERVICE

I hereby certify that on this date, September 26, 2002, I served copies of the foregoing Plaintiffs' Memorandum of Law on Defendants City of York and Herbert Grofcik by mailing said copies by U.S. Mail at Harrisburg, PA to the following attorneys at the following addresses:

>Frank J. Lavery, Jr., Esquire
>LAVERY, FAHERTY, YOUNG & PATTERSON
>P.O. Box 1245
>Harrisburg, PA 17108-1245
>
>Donald B. Hoyt, Esquire
>Solicitor's Office
>1 Market Way East, 3rd Floor
>York, PA 17101

September 26, 2002

*(signature)*
Peter B. Foster
Attorney for Plaintiffs