AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

JODY K. BUTTS, individually and as parent and natural guardian for RASHUN SUNCAR and LEQUINN BUTTS, Minors, and MARK A. MARTIN, JR., individually,

Plaintiffs

**FILED**
HARRISBURG, PA

OCT 2 1 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

v.                     CASE NUMBER: 1:CV-00-1893

CITY OF YORK, OFFICER CURTIS D. BEHM, OFFICER NICHOLAS W. FIGGE, and POLICE COMMISSIONER HERBERT, GROFCSIK,

Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT SUMMARY JUDGMENT** be and is hereby entered in favor of the defendants City of York and Police Commissioner Herbert Grofcsik and against the plaintiffs, Jody K. Butts, individually and as parent and natural guardian for RASHUN SUNCAR and LEQUINN BUTTS, Minors, and MARK A. MARTIN, JR., individually.

Date: October 21, 2002          Mary E. D'Andrea, Clerk of Court

                                (By) Ann Severino-Michael, Deputy Clerk