IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

CASE: **JODY K. BUTTS, et al., V. THE CITY OF YORK, et al.**
  **NO. 1:00-CV-1893**

DATE: Monday, December 16, 2002 @ 8:30 a.m.

Honorable Christopher C. Conner presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: **TELEPHONE STATUS CONFERENCE**

Time Commenced: 8:38 am     Time Terminated: 8:45 am

**PLAINTIFF: APPEARANCES**           **DEFENDANT: APPEARANCES**

Peter Foster                          Frank Lavery, Jr.

## REMARKS

Brief telephone conference to discuss pretrial/trial schedule.

Kimberly A. McKinney
USDC Deputy Clerk