IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JODY K. BUTTS, individually and as parent and natural guardian for RASHUN SUNCAR and LEQUINN BUTTS, Minors, and MARK A. MARTIN, JR., individually,<br>    Plaintiffs<br><br>v.<br><br>CITY OF YORK, OFFICER CURTIS D. BEHM, OFFICER NICHOLAS W. FIGGE, and POLICE COMMISSIONER HERBERT GROCIK,<br>    Defendants | : : : : : : : : : : : : : : : | CIVIL ACTION NO. 1:00-CV-1893<br><br>(Judge Conner) |

**ORDER**

On December 16, 2002, a status conference was held in this case, to review the status of discovery and the pretrial/trial schedule. As a result of that conference, the Court has determined that the following revised schedule shall apply to this matter.

1. The deadline for the exchange of all expert witness reports shall be extended until on or before **Wednesday, January 15, 2003**.

2. On or before **Wednesday, January 15, 2003**, each party shall file through the Clerk of Court the original and two (2) copies of a pretrial memorandum; said filing shall otherwise be in conformity with the local rules. Failure to timely file pretrial memoranda will result in an appropriate sanction.

3. The final pretrial conference in this matter will be held on **Wednesday, January 22, 2003, at 10:00 a.m., in Courtroom No. 2**.

4. Trial in this case will take place in **February 2003** and jury selection will commence on **Monday, February 3, 2003, at 9:30 a.m., in Courtroom No. 2, 9th Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania**.

5. Prior to the commencement of trial, counsel shall submit three (3) complete exhibit lists and two (2) complete sets of exhibits for the Court's use, in addition to the original which will be offered into evidence.

IT IS SO ORDERED.

Date: December 16, 2002

CHRISTOPHER C. CONNER
United States District Judge