IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODY K. BUTTS, Individually and as Parent and Natural Guardian for RASHUN R. SUNCAR and LEQUINN BUTTS, Minors, and MARK A. MARTIN, JR., Individually<br>          Plaintiffs<br><br>vs.<br><br>CITY OF YORK, OFFICER CURTIS D. BEHM, OFFICER NICHOLAS W. FIGGE, and POLICE COMMISSIONER HERBERT GROCIK,<br>          Defendants | No. 1:00 CV-1893<br><br><br><br>JURY TRIAL DEMANDED<br><br><br><br><br><br>(JUDGE CONNER) |

## ORDER

AND NOW, this 23rd day of December, 2002, upon consideration of the Petition for Approval of Minor Plaintiffs' Compromised Settlement and Distribution of Proceeds, it is hereby Ordered and Decreed that the Petition is granted and the Settlement proposal set forth in the attached Petition in the amount of $200.00 is hereby approved, the net proceeds of which is directed to be made and deposited in the Commerce Bank, and which deposits are insured by the FDIC, and no withdrawal will be made from such accounts until each minor attains majority, except as authorized by an Order of Court.

Petitioner Jody Butts is authorized to execute a General Release, individually and on behalf of Rashun Suncar and Lequinn Butts, the minors herein, with the Defendants and all related parties.

BY THE COURT:

_____ J.