IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODY K. BUTTS, Individually and as Parent and Natural Guardian for RASHUN R. SUNCAR and LEQUINN BUTTS, Minors, and MARK A. MARTIN, JR., Individually,<br>　　　　Plaintiffs<br><br>　　　v.<br><br>CITY OF YORK, OFFICER CURTIS D. BEHM, OFFICER NICHOLAS W. FIGGE, and POLICE COMMISSIONER HERBERT GROCIK,<br>　　　　Defendants | CIVIL ACTION NO. 1:00-CV-1893<br><br><br><br>(Judge Conner)<br> |

## O R D E R

Counsel having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

　　　　　　　　　　　　　　　　　　／s／ Christopher C. Conner
　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　United States District Judge

Dated: December 23, 2002